THE STATE OF NEW HAMPSHIRE

HILLSBOROUGH, SS                                                        SUPERIOR COURT
SOUTHERN DISTRICT


Kevin Rocheville

v.

Thomas Goulden, et al.

Docket No.  226-2019-CV-00693

## <u>NOTICE OF REMOVAL TO PLAINTIFF KEVIN ROCHEVILLE</u>

To:     William Aivalikles, Esquire
        253 Main Street
        Nashua, NH  03060
        (603) 880-0303

        Defendants, Thomas Goulden, Matthew Keenliside, Joseph O'Roark, Michael McCall, Brian McCarthy, Allison Capringo, and Town of Pelham, hereby gives notice that the civil action entitled *Kevin Rocheville v. Thomas Goulden, et al.*, Hillsborough Superior Court, Southern District, has been removed to the United States District Court for the District of New Hampshire.

                        Respectfully submitted,

                        **THOMAS GOULDEN, MATTHEW KEENLISIDE, JOSEPH O'ROARK, BRIAN MCCARTHY, ALLISON CAPRIGNO, TOWN OF PELHAM, and MICHAEL MCCALL**

                        By their Attorneys,

                        CULLENCOLLIMORE, PLLC


Dated:  November19, 2019          By: /s/ Brian J.S. Cullen
                                  Brian J. S. Cullen, NH Bar # 11265
                                  10 East Pearl Street
                                  Nashua, NH  03060
                                  (603) 881-5500
                                  bcullen@cullencollimore.com

## CERTIFICATE OF SERVICE

I certify that a copy of this filing was served via the Court's ECF filing system upon counsel of record.


Dated:  November 19, 2019                    /s/ Brian J.S. Cullen
                                             Brian J.S. Cullen, Bar #11265