THE STATE OF NEW HAMPSHIRE

| | |
|---|---|
| HILLSBOROUGH, SS<br>SOUTHERN DISTRICT | SUPERIOR COURT |

Kevin Rocheville

v.

Thomas Goulden, et al.

Docket No.  226-2019-CV-00693

## NOTICE OF REMOVAL TO HILLSBOROUGH SUPERIOR COURT

To: Marshall A. Buttrick, Clerk
Hillsborough Superior Court
Southern District
30 Spring Street
Nashua, NH  03060

Please take notice that Defendants Thomas Goulden, Matthew Keenlside, Joseph O'Rourke, Michael McCall, Brian McCarthy, Allison Caprigno, and Town of Pelham have this day filed in the Clerk's Office of the United States District Court for the District of New Hampshire, Concord, New Hampshire a Notice of Removal, as shown by copy attached.

Under 28 U.S.C. §1446, the attached Notice of Removal effects removal of this action to the United States District Court for the District of New Hampshire "and the State court shall proceed no further unless and until the case is remanded."

Respectfully submitted,

**THOMAS GOULDEN, MATTHEW KEENLISIDE, JOSEPH O'ROARK, BRIAN MCCARTHY, ALLISON CAPRIGNO, TOWN OF PELHAM, and MICHAEL MCCALL**

By their Attorneys,

CULLENCOLLIMORE, PLLC

Dated:  November 19, 2019          By: /s/ Brian J.S. Cullen
                                   Brian J. S. Cullen, NH Bar # 11265
                                   10 East Pearl Street
                                   Nashua, NH  03060
                                   (603) 881-5500
                                   bcullen@cullencollimore.com

## CERTIFICATE OF SERVICE

I certify that a copy of this filing was served via the Court's ECF filing system upon counsel of record

Dated:  November 19, 2019          /s/ Brian J.S. Cullen
                                   Brian J.S. Cullen, Bar #11265