UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

**Kevin Rocheville**

v.                                                                   Civil Action No. 19-CV-01169-PB

**Thomas Goulden, Matthew Keenliside,
Brian McCarthy, Joseph O'Roark,
Michael McCall, Allison Caprigno,
Jody Harris-Stern, John Does, Jane Does
and Town of Pelham, NH**

## NOTICE OF CHANGE OF ADDRESS

NOW COMES, the Plaintiff, Kevin Rocheville, by and through Counsel William E. Aivalikles, Esquire, in the above entitled matter and respectfully submits this Notice of Change of Address and states as follows:

1. Plaintiff's Counsel, William E. Aivalikles, Esquire, has changed his address.

2. The new address for Law Office of William E. Aivalikles, P.A., and for William E. Aivalikles, Esquire is 253 Main Street, Nashua, NH, 03060.

WHEREFORE, the Plaintiff respectfully requests that this Court:

A. Change the address of Plaintiff's Counsel.

B. Grant such other relief as justice requires.

                                        Respectfully submitted by,
                                        Kevin Rocheville
                                        Through his attorney,

Dated: December 6, 2019            /s/ William Aivalikles
                                        William Aivalikles, Esq., NH Bar #308
                                        253 Main Street
                                        Nashua NH 03060
                                        (603)880-0303
                                        william@nhtriallaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this filing was served via the Court's ECF filing system upon counsel of record.

Dated: December 6, 2019                              /s/ William Aivalikles, Esq.