UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| Kevin Rocheville | : | |
| | : | |
| v. | : | |
| | : | |
| Thomas Goulden, Matthew Keenliside, | : | Civil Action No. 19-CV-01169-PB |
| Brian McCarthy, Joseph O'Roark, | : | |
| Michael McCall, Allison Caprigno, | : | |
| Jody Harris-Stern, John Does, | : | |
| Jane Does, and Town of Pelham, NH | : | |
| | : | |

## JOINT STATEMENT REGARDING MEDIATION

NOW COME the Parties, by and through their respective Counsel and in accordance with the Discovery Order and subsequent orders of this Court, state as follows:

1. The Parties are still conducting discovery and, in light of delays caused by the Coronavirus, expect to file a Motion to Continue Trial and Extend Deadlines shortly.

2. At this time, the Parties are not in a position to make a final decision on mediation and have not agreed to do so.

Respectfully submitted,

**KEVIN ROCHEVILLE**

By his Attorneys,

Dated:  November 12, 2020        By: /s/ William Aivalikles
                                William Aivalikles, Esquire (Bar #308)
                                253 Main Street
                                Nashua, NH  03060
                                Tel:  (603) 880-0303
                                william@nhtriallaw.com

**TOWN OF PELHAM, et. al.**

By Their Attorneys,

Dated:  November 12, 2020     By: /s/ Brian J.S. Cullen
                                             Brian J.S. Cullen, Esquire (Bar #11265)
                                             CullenCollimore, PLLC
                                             10 East Pearl Street
                                             Nashua, NH  03060
                                             603-881-5500
                                             bcullen@cullencolimore.com

**CERTIFICATE OF SERVICE**

     I hereby certify that a copy of the foregoing was served this date via the Electronic Case Filing (ECF) system upon all parties and counsel of record.

Dated:  November 12, 2020     By /s/ Brian J.S. Cullen
                                             Brian J.S. Cullen, Esq. (#11265)