## UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW HAMPSHIRE

| | | |
|---|---|---|
| KEVIN ROCHEVILLE | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | |
| | ) | |
| THOMAS GOULDEN, MATTHEW | ) | CIVIL ACTION NO. 1:19-CV-01169-AJ |
| KEENLISIDE, BRIAN MCCARTHY, | ) | |
| JOSEPH O'ROARK, MICHAEL | ) | |
| MCCALL, ALLISON CAPRIGNO, | ) | |
| JODY HARRIS-STERN, JOHN DOES, | ) | |
| JANE DOES, AND | ) | |
| TOWN OF PELHAM, NH, | ) | |
| | ) | |
| Defendants. | ) | |

### DEFENDANT JODY HARRIS-STERN'S MOTION TO DISMISS PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 12(B)(5) AND 4(M)

NOW COMES Defendant, Jody Harris-Stern, by and through her attorneys, Law Offices of John B. Schulte, and hereby moves this Honorable Court to dismiss Plaintiff's Complaint against her for insufficient service of process pursuant to Federal Rules of Civil Procedure 12(b)(5) and 4(m). In further support thereof, Defendant Harris-Stern relies upon the accompanying Memorandum of Law in Support of her Motion to Dismiss.

WHEREFORE, Defendant Jody Harris-Stern respectfully requests this Honorable Court grant her Motion to Dismiss.

Respectfully Submitted,
**JODY HARRIS-STERN**
By her Attorneys,
LAW OFFICES OF JOHN B. SCHULTE

Date:  January 27, 2021         /s/James E. Lonano
James E. Lonano, Esq. / NH Bar #265899
2 Bedford Farms Drive, Suite 202
Bedford, New Hampshire 03110
Tel.: 603-623-8413
Email: James.Lonano@libertymutual.com

1

## **CERTIFICATE OF SERVICE**

  I, James E. Lonano, Esq., I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 27, 2021.

                /s/James E. Lonano
              James E. Lonano, Esq. / NH Bar #265899