UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

**Kevin Rocheville**

v.                                             Civil Action No. 19-CV-01169-PB

**Thomas Goulden, Matthew Keenliside,
Brian McCarthy, Joseph O'Roark,
Michael McCall, Allison Caprigno,
Jody Harris-Stern, John Does, Jane Does
and Town of Pelham, NH**

**NOTICE OF ASSENT**

NOW COMES, the Plaintiff, in the above entitled matter, and assents to the Defendant's Motion to Dismiss the claim against Jody Harris-Stern, since the Plaintiff does not intend to pursue that matter further.

                                                       Respectfully submitted by,
                                                       Kevin Rocheville
                                                       Through his attorney,

Dated:  February 4, 2021                     /s/ William Aivalikles
                                                       William Aivalikles, Esq., NH Bar #308
                                                       253 Main Street
                                                       Nashua NH 03060
                                                       (603)880-0303
                                                       william@nhtriallaw.com

CERTIFICATE OF SERVICE

I hereby certify that a copy of this filing was served via the Court's ECF filing system upon counsel of record.

Dated: February 4, 2021                              /s/ William Aivalikles, Esq.