**Civil Form 3, Extending Deadlines Established by Discovery Plan**     **Amended 12/1/17**

UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Kevin Rocheville

Plaintiff(s)

v.                                                                                          Civil No.  19-CV-01169-AJ

Thomas Goulden, et al.

Defendant(s)

## ATTACHMENT TO MOTION TO EXTEND DEADLINES ESTABLISHED IN THE COURT'S January 27, 2020 ORDER

| Scheduling Designation | Current Deadline | Proposed Deadline |
| --- | --- | --- |
| Completion of Fact Discovery | 01/15/21 | 7/9/21 |
| Completion of Expert Discovery | ------ | 8/20/21 |
| Disclosure of Experts and Experts' Written Reports and Supplementations (Plaintiff) | 09/01/20 | 05/15/21 |
| Disclosure of Experts and Experts' Written Reports and Supplementations (Defendant) | 10/16/20 | 07/15/21 |
| Challenges to Expert Testimony | 01/16/21 | 09/10/21 |
| Disclosure of Claims Against Unnamed Parties | 02/14/20 | ----- |
| Joinder of Additional Parties (Plaintiff) | 04/24/20 | ----- |
| Joinder of Additional Parties (Defendant) | 04/24/20 | ----- |
| Third-Party Actions (Plaintiff) | 04/24/20 | ----- |
| Third-Party Actions (Defendant) | 04/24/20 | ----- |
| Amendment to Pleadings (Plaintiff) | 04/24/20 | ----- |
| Amendment to Pleadings (Defendant) | 04/24/20 | ----- |
| Motions to Dismiss | 05/08/20 | ----- |
| Motions for Summary Judgment | 11/18/20 | 7/12/21 |
| Trial – two week period commencing | 03/16/21 | 11/9/21 |