







EXHIBIT 3
Rocheville
6/17/21 KK
PENGAD 800-631-6989
10/18/2016

EXHIBIT 4
Rochelle
6/17/21 kk
PENGAD 800-631-6989

EXHIBIT S
Rocheville
6/17/21 KK
PENGAD 800-631-6989

EXHIBIT 6
PENGAD 800-631-6989
Rochcville
6/17/21 KK
10/18/2016

10/18/2016
EXHIBIT 7
Rocheville
6/17/21 KK
PENGAD 800-631-6989

EXHIBIT 8
Pocheville
6/17/21 KK
PENGAD 800-631-6989
10/18/2016

EXHIBIT 9
PENGAD 800-631-6989
Rocheville
6/17/21 KK
10/18/2016