# SUPPORTING AFFIDAVIT FOR REQUEST TO ISSUE ARREST WARRANT

**INSTRUCTIONS:** A Person seeking an arrest warrant shall appear personally before any justice or justice of the peace, and shall give an affidavit in the form hereinafter prescribed. The affidavit shall contain facts, information and circumstances upon which such person relies to establish probable cause for the issuance of the warrant, and the affidavit may be supplemented by oral statements under oath for the establishment of probable cause. The person issuing the warrant shall retain the affidavit and shall make notes personally of the substance of any oral statements under oath supplementing the affidavit or arrange for a transcript to be made of such oral statements.

**PROBABLE CAUSE IS DEFINED AS:** "An apparent state of facts found to exist upon reasonable inquiry, which would induce a reasonably intelligent and prudent [person] to believe, in a criminal case, that the accused person had committed the crime charged.

---

# STATE OF NEW HAMPSHIRE

Rockingham County

Salem District Court
October 26, 2016

I, Officer Allison Caprigno, being duly sworn, herewith make application for the issuance of an Arrest Warrant against the defendant:

> **Kevin Rocheville**
> **DOB** ████
> **31 Jonathan Road**
> **Pelham, NH 03076**

1. I have information that a crime or offense has been committed by the defendant as follows:
2. On September 30, 2016 at approximately 1227, I spoke with Kevin Rocheville DOB ████ and Michele Stone DOB ████ at 31 Jonathan Road Pelham, New Hampshire about a dog at large complaint and dog licensing. The alleged complaint was a Rottweiler/Pitbull type of dog that came out of the driveway at 31 Jonathan Road and followed two women walking the day prior.

Rocheville told me he did not have a dog matching that description. I asked why none of Rocheville's dogs were licensed with the town; he told me that all of his personally owned dogs were deceased and he only had 8 foster dogs at this time (not counting the puppies).

3. On October 5, 2016, I spoke with Jody Harris from Ridgefield, Connecticut; she is the Co-founder/Partner of Looking Glass Animal Rescue. Harris was very concerned about the six dogs she has in Rocheville's care. Harris had spoken with Stone and was informed that Rocheville had broken up with her and kicked her out of the house due to fighting over the dogs. Stone had confided in Harris that there was possibly 30 dogs in the house, but she was unsure if that was factual or her trying to retaliate after the break up. I asked Harris if she had ever been to 31 Jonathan Road when she did her reference and background check. She had not been to the residence, but she spoke with his listed telephone references and he displayed a badge to her telling her that he was an Assistant Animal Control Officer for the town of Pelham. Harris was going to email me pictures and documentation for the six dogs she had in Rocheville's care. Harris was arranging to have a volunteer come to Pelham tomorrow to retrieve the dogs.

4. On October 6, 2016 at 1824, I assisted Officer Ryan Donovan at 31 Jonathan Road for a criminal trespass/domestic disturbance, involving Rocheville and Stone While speaking with the parties involved Stone told Officer Donovan that there were up to 30 dogs in the house, mostly living in crates and would not be cared for properly now that she is no longer living there

5. On October 7th at 0849 Michele Stone came into the Pelham Police Department to follow up. Stone showed me pictures on her phone that she had taken the day prior. The pictures showed 20-30 dogs being kept in plastic and wire style crates in what appeared to be the living room portion of the house. The dogs were standing or laying in fecal matter and urine in the pictures. Most of these dogs appeared to be slightly underweight and if there was a food bowl in the crate it was empty, there were no bowls containing water for the dogs. There were also pictures from the basement and the garage that showed a few dogs being housed in chain link style enclosures, these pictures also had visible fecal matter and urine around the dogs. Food bowls were empty in these pictures, with no water bowls in the enclosures.

6. At 1433 on October 7th, 2016, myself and volunteer from Looking Glass Rescue went to 31 Jonathan Road to retrieve the dogs that

belong to that rescue. Two dogs were identified by Rocheville as Judah and Cheryl both belonging to Looking Glass Rescue were given to the volunteer. I asked about the other dogs listed on my paperwork, he told me that Crystal was at his mother's house in Tyngsboro, MA and Chloe, Jason and Mason were picked by Sarah Macone of Sudbury, MA who he adopted them too. Rocheville had no issue with him and me walking thru his house so we could verify those dogs were not there and so I could check the conditions of the dogs inside the house. Upon walking in the door there was an odor of ammonia and bleached based cleaning products. Rocheville pointed upstairs to the bedroom area, he told me that Ally was there with her puppies; I did not go upstairs as I did not want to upset her with the puppies and In the basement there were 5 chain link style kennels with Pitbull's inside all but one, these kennels had soiled newspaper, piles fecal matter and pools of urine inside them. In the garage connected to the basement there were two more chain link enclosures. One enclosure had a boxer who Rocheville said he saved on Craigslist and the other enclosure had a large older St. Bernard/Mastiff type mix, which he said he was holding for a friend. I told him that I would be back to check the conditions, he told me he had an open door policy with me and wanted to cooperate with me.

7. On October 10th, 2016 at 0839 I met with Michele Stone in the lobby of Pelham Police Department. She was unable to email me the pictures of the dogs housed at 31 Jonathan Road but had printed copies. Stone has been tracking Rocheville's phone, he had been going to locations in Sudbury and Lincoln, MA daily. Stone was concerned that many of the dogs were not at the house when I was there and could have been moved to these addresses. 1030 Concord Road in Sudbury, MA is the address of Sarah Macone who Rocheville told me had adopted dogs to, 7 Silverhill Rd in Lincoln, MA is a friend of Rocheville's vacant property according to Stone. Sudbury Animal Control Officer Jennifer Condon was notified by myself and asked to check the properties listed above as she covers both towns. Officer Condon had checked both properties and did not find any dogs being stored on those properties.

8. On October 11th at 1313, I went to 31 Jonathan Road to do an unannounced follow up check on the residence to check the conditions of the animals. Rocheville met me outside with 3 loose Pitbulls. Rocheville put two of the dogs in his truck and asked that I take the third dog, he told me these dogs belong to Looking Glass Animal

Rescue and he wanted me to take them back to the Pelham Animal Control Shelter. He offered to drive the dogs he had in his truck. While at the Animal Shelter he told me that he had one more at home and he would go back to get that dog. These dogs were Crystal, Chloe, Jason and Mason all Pitbull or Pitbull/Mix. All four of these dogs appeared to be in decent weight, but smelled foul and had long nails. All four of these dogs were secured at the Pelham Animal Control Shelter and Jody Harris of Looking Glass Animal Rescue was notified via telephone. At 1450 I was notified via telephone by Susan Young of Texas from the Next Samaritan Rescue Group that two of her dogs that were in Rocheville's care had been found in Nashua, New Hampshire as strays. They were now in the custody of Nashua Humane Society. When I spoke with Animal Control Officer Robert Langis from Nashua, he had received a phone call from a Kevin Rochelle looking to claim those dogs.

9. On October 12th, 2016, Salem, New Hampshire Animal Control Officer Bliss had received a phone call from the MSCPA in Methuen, MA. A man had come into their animal shelter and wanted to surrender a sick Pitbull for his friend, the dog was not brought into the shelter. They did not accept the dog as he stated he was not the owner. The employee took a picture of him as he was getting ready to leave with the dog and the car he was driving. Officer Bliss confirmed thru the license plate on the car in the picture that the man was Kevin Rocheville.

10. On October 12th, 2016, Officer Matthew Blazon of the Hudson, New Hampshire Police Department responded to Dubowick Excavating at 345 Derry Street for a report of five abandoned puppies. Officer Blazon observed 3 full sized Pitbull dogs. One was a white dog visibly emaciated with a boney structure and visible cataracts in both eyes. Another was a black pitbull mix lying on the ground sleeping. The third dog was a white and brown mix Pitbull that looked like it had recently been bred; the dog's nipples were slightly drooping. The Dubowick's told Officer Blazon that this dog had blood in its urine and had to urinate frequently. In the back of the building they had separated the two other dogs; Plot Hound mixes because they did not get along with other dogs. All of the dogs had a strong unclean smell to them. Dubowick told Officer Blazon that a former customer named Kevin Rocheville of 31 Jonathan Road in Pelham, New Hampshire had called him at approximately 9:00 am and asked him to take five puppies because he could not care for them, Rocheville told

Dubowick he had too many dogs. Dubowick stated each dog had visible fecal matter on its fur and was cleaned at the business by Rocheville before he left. These dogs were taken to the Hudson Police Department Animal Control Shelter. Two dogs were taken that night to Rockingham Emergency Hospital to be seen, by Animal Control Officer Jana McMillan. Sgt. Keenliside and Officer David DeRoche attempted to make contact with Kevin Rocheville at 31 Jonathan Road to do a welfare check on the animals inside the home but no one answered the door despite vehicles in the driveway and lights on inside the home.

11. October 13th, 2016, Salem, New Hampshire Animal Control Officer Corie Bliss had picked up a stray dog on Garabedian Drive. The dog was described to me as an older St. Bernard/Mastiff mix with a very strong unclean odor to it. . Bliss forwarded me a picture of the dog and I recognized it to be one of the dogs I had previously seen in Rocheville's garage.

12. On October 14th, 2016, I had gone to 31 Jonathan Road at 1130 and at 1337 it appeared no one was home. I tried to contact Rocheville by cell phone many times, he did not answer and his voicemail box was full, so I was unable to leave a message.

13. On October 14th, 2016 at 1556, Animal Control Officer Jennifer Condon of Sudbury, MA contacted me via telephone to report she was at 1030 Concord Road and the owner of the property found 4 dogs stored in a rear shop on the property. The owner of the property was unaware of the dogs being on their property and did not give anyone permission to leave dogs there. All four dogs were Pitbulls and were in small crates with lots of fecal matter and urine with no food or water. Kevin Rocheville showed up at that property shortly after to claim his dogs. Officer Condon did not release a black and white Pitbull named Kevin, which is believed to be owned by Lisa Gregor of Norwell, MA and the dog had open sores /wounds all over his body and was very underweight. Officer Condon allowed Rocheville to take the three other dogs; those dogs were named Lilly, Beyrun and Oreo who Rocheville stated were his personally owned dogs.

14. Based on the above listed information, on October 17, 2016 at 1530 a search warrant was granted for 31 Jonathan Road by Judge Robert Stephen from Salem District Court.

15. The search warrant was executed at 31 Jonathan Road at 0925 on October 18, 2016.

16. Property seized from 31 Jonathan Road included a dog adoption log, veterinary and adoption paperwork for multiple dogs, prescriptions for several dogs, and 10 adult dogs and 8 puppies.
17. Dog # 1 – Ally:back left bedroom second floor (no microchip) Rottweiler mix female, mother to eight puppies (2 females and 6 males in master bedroom) approximately 3 weeks old. Under weight, skin inflammation/sores and Giardia positive. All puppies being treated for Giardia.
18. Dog #2 – Van:garage (Chip # 911002001431812) Golden Retriever mix unneutered male, urine/fecal scalding on feet, Hookworm and Giardia positive.
19. Dog #3 – Lilly:kitchen (Chip #985112006641498) gray and white Pitbull mix female, urine/fecal scalding on feet, open sore on right hind foot-paw infection.
20. Dog #4 –Oreo:kitchen (no microchip) black and white Pitbull mix female, urine/fecal scalding on feet, skin inflammation and flakiness, Hookworm and Giardia positive.
21. Dog #5 – Tikki:first floor bathroom (Chip#0A13374617) gray brindle Pitbull female, underweight, urine/fecal scalding on feet.
22. Dog #6 – Kingston:garage (Chip # 053048536) red Pitbull male, urine/fecal scalding on feet, skin infection.
23. Dog #7- Tip:garage (Chip# 911002001431732) Black Lab mix female, urine/fecal scalding on feet, Giardia positive.
24. Dog #8 – Honey:garage (Chip#0A121E774E) white with tan spots Pitbull mix female, urine/fecal scalding on feet, urine stains on rear legs and behind, Hookworm and Giardia positive.
25. Dog #9-Bravo: garage (no microchip) chocolate brown Pitbull male, underweight, skin inflammation and flakiness.
26. Dog #10 – Brock:backyard (no microchip) brindle Pitbull mix male, urine/fecal scalding on feet, skin inflammation, and Giardia positive.
27. Based on this information from multiple people and my own observations about the condition of these dogs I am applying for this warrant for cruelty to animals contrary to NH RSA 644:8.

Based upon the foregoing information, there is probable cause to believe that the defendant did commit a crime or offense as stated above.

Wherefore, I request the issuance of an arrest warrant and an order for a duly authorized officer to take the defendant and bring him/her before the court having jurisdiction.

*Allison Caprigno*
Allison Caprigno, Patrolman
Pelham Police Department

Then personally appeared before me the above-named Patrolman Allison Caprigno and made oath that the foregoing affidavit is true.

*Brenda Marie Rizzo*
Justice/Justice of the Peace

And I, Brenda Marie Rizzo have personally examined the Complaint against the aforesaid defendant and any information contained in the above affidavit, and have orally examined the above applicant. Based upon such information, I conclude there [X] is [ ] is not sufficient probable cause for the issuance of the Arrest Warrant sought. Therefore, the application is [X] granted [ ] denied and the arrest warrant [X] is [ ] is not issued.

*Brenda Marie Rizzo*
Justice/Justice of the Peace