# STATE OF NEW HAMPSHIRE

ROCKINGHAM COUNTY                    SALEM DISTRICT COURT

# ARREST WARRANT

**TO THE SHERIFF OF ANY COUNTY IN THIS STATE OR DEPUTY, OR ANY POLICE OFFICER WITHIN THE STATE:**

WHEREAS, the Complainant, **Officer Allison Caprigno**, of the Pelham, New Hampshire Police Department, in the County of Hillsborough, has exhibited to me, , a Justice/Justice of the Peace in the County of Hillsborough, his complaint upon oath against the Defendant,

*Kevin Rocheville* DOB
*31 Jonathan Road*
*Pelham, NH 03076*

In the County of Hillsborough for the crime of:
**Cruelty to Animals; Negligent (X10)**                contrary to **RSA 644:8**

WE COMMAND YOU to take the Defendant, if found to be in your precinct, and bring him before the Salem, New Hampshire District Court.

Dated the 26th day of October, 2016

_____
Justice/Justice of the Peace

**RETURN**

STATE OF NEW HAMPSHIRE      )
COUNTY OF Hillsborough      )

I have arrested the Defendant and now have him/her before the Court as commanded.

10/27/16
Date

Sgt. Brian Babb #7
Name/Title of Officer