UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

|  |  |  |
|---|---|---|
| Kevin Rocheville | : | |
| | : | |
| v. | : | |
| | : | |
| Thomas Goulden, | : | |
| Matthew Keenliside, | : | Civil Action No. 19-CV-01169-AJ |
| Allison Caprigno, and | : | |
| Town of Pelham, NH | : | |
| | : | |

## AFFIDAVIT OF BRENDAN CARROLL

NOW COMES Brendan Carroll being duly sworn on oath, depose and state as follows:

1. I am over the age of 18 and am of sound mind.

2. I am a 2001 graduate of St. Anselm College and a 2011 graduate of the New England School of Law. I have been practicing in New Hampshire since 2011 and have maintained my good standing.

3. In 2017 I joined the Pelham Police Department as a prosecutor, a role I still hold.

4. On my arrival I took over the prosecution of Kevin Rocheville.

5. Given anticipated expert costs involved in trying the case and considering reports I had received indicating that Mr. Rocheville had already paid certain veterinarian bills associated with the dogs, we opted to nolle pros the case prior to trial.

FURTHER THE AFFIANT SAYETH NOT.


Dated: July 21, 2021                    /s/ Brendan Carroll
                                        Brendan Carroll


1

2

STATE OF NEW HAMPSHIRE
COUNTY OF HILLSBOROUGH

Subscribed and sworn to before me this 21day of July, 2021.

/s/ Linda Y. Newcomb
~~Notary Public~~/Justice of the Peace
Commission expires: December 19, 2023