UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Kevin Rocheville, ) | |
| ) | |
| v. ) | |
| ) | |
| Thomas Goulden, Matthew Keenliside, ) | Civil Action No. 19-CV-01169-PB |
| Brian McCarthy, Joseph O'Roark, ) | |
| Michael McCall, Allison Caprigno, ) | |
| Jody Harris-Stern, John Does, ) | |
| Jane Does and Town of Pelham, NH ) | |

**PLAINTIFF'S ASSENTED TO MOTION TO EXTEND TIME TO FILE RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGEMENT**

NOW COMES the Plaintiff, Kevin Rocheville, in the above matter and requests an additional twenty (20) days to file his response to Defendants' Motion for Summary Judgement and says as follows:

1.  The Plaintiff's deadline to file a response to Defendants' Motion for Summary Judgement is August 20, 2021.

2.  Due to a previously scheduled summer vacation, Plaintiff's Counsel is not able to file a timely response to Defendants' Motion for Summary Judgement.

3.  Attorney Brian Cullen has no objection to Plaintiff's Counsel's request for a twenty (20) day extension.

WHEREFORE, the Plaintiff respectfully requests that the filing date, for Plaintiff's response to Defendant's Motion for Summary Judgment, be extended to September 9, 2021.

1

Respectfully submitted by,

Dated: July 29, 2021

_____
William Aivalikles, Esq., NH Bar #308
253 Main Street
Nashua NH 03060
(603)880-0303
william@nhtriallaw.com

## CERTIFICATE OF SERVICE

I certify that a copy of this motion was served on Attorney Brian J.S. Cullen, opposing counsel on the 29th day of July 2021 via the Court's ECF System.

_____
William Aivalikles, Esq.