UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Kevin Rocheville, | ) |
| | ) |
| v. | ) |
| | ) |
| Thomas Goulden, Matthew Keenliside, | )   Civil Action No. 19-CV-01169-PB |
| Brian McCarthy, Joseph O'Roark, | ) |
| Michael McCall, Allison Caprigno, | ) |
| Jody Harris-Stern, John Does, | ) |
| Jane Does and Town of Pelham, NH | ) |
| | ) |

**PLAINTIFF'S ASSENTED TO MOTION TO EXTEND DEADLINE TO FILE A RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT**

NOW COMES the Plaintiff in the above entitled matter and requests an extension of time to file a response to Defendant's motion for summary judgement and assigns the following grounds:

1. That the Defendants filed their Motion for Summary Judgement on July 21, 2021.

2. The Plaintiff's response is due on September 9, 2021 as a result of an agreed upon extension, approved by the Court..

3. The Plaintiff's Paralegal, who is researching the issues and preparing a memorandum, was out of the office to care for her child who recently had surgery.

4. The Defendant does not object to extending the deadline for Plaintiff to file his answer on or before September 16, 2021.

Dated: September 8, 2021                        Respectfully submitted by,

                                                                William Aivalikles
                                                                253 Main Street
                                                                Nashua, NH  03060
                                                                (603) 880-0303

NH Bar #308

## CERTIFICATION

I hereby certify that a copy of the foregoing has this 8th day of September, 2021 been provided to the Defendant through the electronic filing system.

_____
William Aivalikles

2