# Exhibit # 4

**Pelham Police Department**                                              Page: 1
SUPPLEMENTAL NARRATIVE FOR OFFICER ALLISON D CAPRIGNO
Ref: 16-954-OF

Entered: 10/27/2016 @ 1143          Entry ID: ADD
Modified: 10/28/2016 @ 1039         Modified ID: ADD
Approved: 11/13/2016 @ 1045         Approval ID: GEC

The search warrant was executed at 31 Jonathan Road at 0925 on October 18, 2016. Myself with Sgt. Chase, Sgt. O'Donnell, Officer Yates, Officer Viera, Officer Montano, Officer Kelly and two officers on the Street Crimes unit made entry into the house. After the house was secured Animal Control Officer's Corie Bliss, Jana McMilan and Anna Jenoski assisted inside the house.
A strong smell of ammonia was very apparent upon walking into the house and was strong smelling in all parts of the house. On the first floor two dogs were housed in a plastic crates in the middle of the kitchen. The dogs had a small amount of water and no food in their crate, their crates were bare with no bedding. The first floor bathroom had a dog inside with some water, laying on a dirty blanket. The bathroom walls had dirty claw marks and the door had a large hole chewed into it from a dog attempting to get out. The living room had multiple piles of feces on the floor and a large pile of feces on top of the dvd player on the floor. The carpets were stained with old urine stains and fecal matter in the living room. On the second floor, in the master bedroom located in a water trough were 8 puppies on a soiled towel. The bedroom was very messy, with dirty towels on the floor covering up urine stained spots on the carpet. The bathroom adcajent to the master bedroom showed marks on the walls and doors that dogs had been stored inside. On the floor were 3 empty cooking pans with no water inside of them. The second bedroom was very messy as well, the mother of the puppies was found hiding under the bed in that room. That room also had urine stains on the carpet. The third bedroom appeared to be a childrens room with two twin beds, clothes and blankets were strewn all over the room. The front office had a large amount of fecal matter near the doorway and urine stained carpets. In the basement the chain link enclosures that were visible on my previous visit had been removed (they were outside covered with a tarp next to the garage, the panels had fecal matter stuck to them). The cement floor had been cleaned and room was reorganized with tools and shelving. Inside the garage to the left of the door was a dog housed in a plastic crate, to the right of that dog was another dog housed in a plastic crate. Both dogs did have some water and were sitting on a bare dirty plastic crate bottom. In the back corner of the garage was a chain link enclosure with a dog inside, inside that enclosure the dog had fecal matter and urine, a small amount of water was available for that dog. Next to chain link enclosure were two smaller crates with a dog inside each of the crates. These dogs also were housed in fecal and urine soiled crates lined with ripped newspaper. These dogs had empty food and water bowls. In the backyard there was a dog housed outside in a chain link enclosure. Inside a shed in the front yard there was bags of trash filled with fecal and urine matter newspaper. All of the dogs were removed from the house and brought to Rockingham Emergency Veterinary Hospital to be examined.
Property seized from 31 Jonathan Road included a dog adoption log, veterinary and adoption paperwork for multiple dogs, prescriptions for several dogs, and 10 adult dogs and 8 puppies.
 Dog # 1 – Ally:back left bedroom second floor (no microhip) Rottweiler mix female, mother to eight puppies (2 females and 6 males in master bedroom) approximately 3 weeks old. Under weight, skin inflammation/sores and Hook worm and Giardia positive. All puppies being treated

Primex-Rocheville- 000013

Pelham Police Department                                    Page: 2

SUPPLEMENTAL NARRATIVE FOR OFFICER ALLISON D CAPRIGNO
Ref: **16-954-OF**

Entered:  10/27/2016 @ 1143        Entry ID: ADD
Modified: 10/28/2016 @ 1039        Modified ID: ADD
Approved: 11/13/2016 @ 1045        Approval ID: GEC

---

for Hook worms and Giardia.

Dog #2 – Van:garage (Chip # 911002001431812) Golden Retriever mix unneutered male, urine/fecal scalding on feet, Hookworm and Giardia positive.

Dog #3 – Lilly:kitchen (Chip #985112006641498) gray and white Pitbull mix female, urine/fecal scalding on feet, open sore on right hind foot-paw infection.

Dog #4 –Oreo:kitchen (no microchip) black and white Pitbull mix female, urine/fecal scalding on feet, skin inflammation and flakiness, Hookworm and Giardia positive.

Dog #5 – Tikki:first floor bathroom (Chip#0A13374617) gray brindle Pitbull female, underweight, urine/fecal scalding on feet.

Dog #6 – Kingston:garage (Chip # 053048536) red Pitbull male, urine/fecal scalding on feet, skin infection.

Dog #7- Tip:garage (Chip# 911002001431732) Black Lab mix female, urine/fecal scalding on feet, Giardia positive.

Dog #8 – Honey:garage (Chip#0A121E774E) white with tan spots Pitbull mix female, urine/fecal scalding on feet, urine stains on rear legs and behind, Hookworm and Giardia positive.

Dog #9-Bravo: garage (no microchip) chocolate brown Pitbull male, underweight, skin inflammation and flakiness.

Dog #10 – Brock:backyard (no microchip) brindle Pitbull mix male, urine/fecal scalding on feet, skin inflammation, and Giardia

Derry, New Hampshire Animal Control was contacted to myself about a stray dog that was found in their town days prior to the search warrant. The dog was a Boxer with two blue eyes and the dog had a very unclean smell to it and fecal matter stuck to him. Pictures were forward to myself and I identified the dog has the one I had seen in his basement. The next day Michele Stone had emailed the Granite State Dog Recovery listing for that dog also confirming that was Pooch from the Rocheville residence.

New Hampshire Division of Child Youth Services were notified of this case. I spoke with Tammy Theriault at the Central Intake Office on October 28, 2016 at 1015. A level one case is already opened with Robert Lynch handling the investigation. The Pelham Fire Dept. had also made notification to their department about this residence. I forward via email the pictures of the residence and my report.

# Exhibit # 5



IMG_1256.JPG





# Exhibit # 6

Case Number: _____          Charge ID: _____

# The State of New Hampshire
## COMPLAINT

| ☐ VIOLATION | MISDEMEANOR | | FELONY | | |
|---|---|---|---|---|---|
| | ☒ CLASS A | ☐ CLASS B | ☐ CLASS A | ☐ CLASS B | ☐ UNCLASSIFIED |

You are to appear at the:  **Salem Court,**
address:  **35 GEREMONTY DR , SALEM, NH**
in:  **Rocking ham County**
at:  8:00 Cm
on:  11/28/16

Under penalty of law to answer to a complaint charging you with the following offense:

THE UNDERSIGNED COMPLAINS THAT:  PLEASE PRINT

| ROCHEVILLE | KEVIN | | R |
|---|---|---|---|
| Last Name | First Name | | Middle Initial |
| 31 JONATHAN RD | PELHAM | NH | 03076 |
| Address | City | State | Zip |
| M           W | 600 | 215 | HAZEL | BROWN |
| Sex          Race | Height | Weight | Eye Color | Hair Color |
| DOB | 09REK65011 | | NH | |
| | License #: | | OP License State | |

☐ COMM. VEH.          ☐ COMM. DR. LIC.          ☐ HAZ. MAT.          ☐ 16+PASSENGER

AT: 31 JONATHAN RD, PELHAM NH
On 10/18/2016 at 9:25 AM in the above county and state, did commit the offense of:
RSA Name:          Cruelty to Animals; Negligent
Contrary to RSA:   644:8,III
Inchoate:
(Sentence Enhancer):

And the laws of New Hampshire for which the defendant should be held to answer, in that the defendant did:

negligently permitted or caused any animal in his custody, to wit, Dog #9 Bravo
(Chocolate brown Pitbull male), to be subjected to cruelty, inhumane treatment or
unneccessary suffering of any kind by allowing to be underweight and have skin
skin inflmmation and flakiness.

against the peace and dignity of the State.
☐ SERVED IN HAND

_Allison Caprigno_                OFFICER ALLISON D CAPRIGNO          Pelham  PD
Complainant Signature             Complainant Printed Name             Complainant Dept.
**Making a false statement on this complaint may result in criminal prosecution.**
Oath below not required for police officers unless complaint charges class A misdemeanor or felony (RSA 592-A:7.I).
Personally appeared the above named complainant and made oath that the above complaint by him/her subscribed is, in
his/her belief, true.
10/26/16                          _Brenda DeMaggio_
Date                              Justice of the Peace

NHJB-2962-D (05/20/2015)

Primex-Rocheville- 000074

Case Number: _____                Charge ID: _____

## The State of New Hampshire
### COMPLAINT

| ☐ VIOLATION | MISDEMEANOR | | FELONY | | |
|---|---|---|---|---|---|
| | ☒ CLASS A | ☐ CLASS B | ☐ CLASS A | ☐ CLASS B | ☐ UNCLASSIFIED |

You are to appear at the: **Salem Court,**
address: **35 GEREMONTY DR , SALEM, NH**
in: **Rocking ham County**
at: 8:00 pm
on: 11/28/16

Under penalty of law to answer to a complaint charging you with the following offense:

THE UNDERSIGNED COMPLAINS THAT: PLEASE PRINT

| ROCHEVILLE | KEVIN | | R |
|---|---|---|---|
| Last Name | First Name | | Middle Initial |
| 31 JONATHAN RD | PELHAM | NH | 03076 |
| Address | City | State | Zip |

| M | W | 600 | 215 | HAZEL | BROWN |
|---|---|---|---|---|---|
| Sex | Race | Height | Weight | Eye Color | Hair Color |

| | 09REK65011 | NH |
|---|---|---|
| DOB | License #: | OP License State |

| ☐ COMM. VEH. | ☐ COMM. DR. LIC. | ☐ HAZ. MAT. | ☐ 16+PASSENGER |
|---|---|---|---|

AT: 31 JONATHAN RD, PELHAM NH

On 10/18/2016 at 9:25 AM in the above county and state, did commit the offense of:

RSA Name:          Cruelty to Animals; Negligent

Contrary to RSA:    644:8,III

Inchoate:

(Sentence Enhancer):

And the laws of New Hampshire for which the defendant should be held to answer, in that the defendant did:

```
negligently permitted or caused any animal in his custody, to wit Dog #1 Ally
(Rottweiler mix female) and her eight puppies, to be subjected to cruelty,
inhumane treatment or unnecessary suffering of any kind by allowing her to be
underweight, have skin inflammation/sores and  to be Giardia positive.
```

against the peace and dignity of the State.

☐ SERVED IN HAND

| _Allison Caprigno_ | OFFICER ALLISON D CAPRIGNO | Pelham PD |
|---|---|---|
| Complainant Signature | Complainant Printed Name | Complainant Dept. |

**Making a false statement on this complaint may result in criminal prosecution.**

Oath below not required for police officers unless complaint charges class A misdemeanor or felony (RSA 592-A:7.I).
Personally appeared the above named complainant and made oath that the above complaint by him/her subscribed is, in his/her belief, true,

| _10/26/16_ | _Brenda Mankse_ |
|---|---|
| Date | Justice of the Peace |

NHJB-2962-D (05/20/2015)

Primex-Rocheville- 000066

Case Number: _____                         Charge ID: _____

## The State of New Hampshire
### COMPLAINT

| ☐ VIOLATION | MISDEMEANOR | | FELONY | | |
|---|---|---|---|---|---|
| | ☒ CLASS A | ☐ CLASS B | ☐ CLASS A | ☐ CLASS B | ☐ UNCLASSIFIED |

You are to appear at the: **Salem Court,**
address: **35 GEREMONTY DR , SALEM, NH**
in: **Rocking ham County**
at: 8:00 fm
on: 11/28/16

Under penalty of law to answer to a complaint charging you with the following offense:

**THE UNDERSIGNED COMPLAINS THAT:** PLEASE PRINT

| ROCHEVILLE | KEVIN | | R |
|---|---|---|---|
| Last Name | First Name | | Middle Initial |
| 31 JONATHAN RD | PELHAM | NH | 03076 |
| Address | City | State | Zip |
| M          W | 600 | 215 | HAZEL | BROWN |
| Sex        Race | Height | Weight | Eye Color | Hair Color |
| | 09REK65011 | | NH | |
| DOB | License #: | | OP License State | |

☐ COMM. VEH.    ☐ COMM. DR. LIC.    ☐ HAZ. MAT.    ☐ 16+PASSENGER

AT: 31 JONATHAN RD, PELHAM NH

On 10/18/2016 at 9:25 AM in the above county and state, did commit the offense of:

RSA Name:          Cruelty to Animals; Negligent
Contrary to RSA:   644:8,III
Inchoate:
(Sentence Enhancer):

And the laws of New Hampshire for which the defendant should be held to answer, in that the defendant did:

negligently permitted or caused any animal in his custody, to wit, Dog #2 Van
(Golden Retriever mix male), to be subjected to cruelty, inhumane treatment or
unneccessary suffering of any kind by allowing him to have urine/fecal scalding on
his feet and to be Hookworm and Giardia positive.

against the peace and dignity of the State.
☐ SERVED IN HAND

_Allison Caprigno_                  OFFICER ALLISON D CAPRIGNO          Pelham  PD
Complainant Signature               Complainant Printed Name            Complainant Dept.
**Making a false statement on this complaint may result in criminal prosecution.**
Oath below not required for police officers unless complaint charges class A misdemeanor or felony (RSA 592-A:7.I).
Personally appeared the above named complainant and made oath that the above complaint by him/her subscribed is, in
his/her belief, true.

10/26/16                            _Brenda Markenzo_
Date                                Justice of the Peace

NH-JB-2962-D (05/20/2015)                                              Primex-Rocheville- 000067

Case Number: _____     Charge ID: _____

## The State of New Hampshire
### COMPLAINT

| ☐ VIOLATION | MISDEMEANOR | | FELONY | | |
|---|---|---|---|---|---|
| | ☒ CLASS A | ☐ CLASS B | ☐ CLASS A | ☐ CLASS B | ☐ UNCLASSIFIED |

You are to appear at the: **Salem Court,**
address: **35 GEREMONTY DR , SALEM, NH**
in: **Rockingham County**
at: 8:00 pm
on: 11/28/16

Under penalty of law to answer to a complaint charging you with the following offense:

THE UNDERSIGNED COMPLAINS THAT: PLEASE PRINT

| ROCHEVILLE | KEVIN | | R |
|---|---|---|---|
| Last Name | First Name | | Middle Initial |
| 31 JONATHAN RD | PELHAM | NH | 03076 |
| Address | City | State | Zip |

| M | W | 600 | 215 | HAZEL | BROWN |
|---|---|---|---|---|---|
| Sex | Race | Height | Weight | Eye Color | Hair Color |

| | 09REK65011 | NH | |
|---|---|---|---|
| DOB | License #: | OP License State | |

☐ COMM. VEH.   ☐ COMM. DR. LIC.   ☐ HAZ. MAT.   ☐ 16+PASSENGER

AT: 31 JONATHAN RD, PELHAM NH

On 10/18/2016 at 9:25 AM in the above county and state, did commit the offense of:

RSA Name: Cruelty to Animals; Negligent
Contrary to RSA: 644:8,III
Inchoate:
(Sentence Enhancer):

And the laws of New Hampshire for which the defendant should be held to answer, in that the defendant did:

negligently permitted or caused any animal in his custody, to wit, Dog #3 Lilly (Gray and white Pitbull mix female), to be subjected to cruelty, inhumane treatment or unnecessary suffering of any kind by allowing to have a paw infection.

against the peace and dignity of the State.
☐ SERVED IN HAND

_Allison Caprigno_                OFFICER ALLISON D CAPRIGNO          Pelham  PD
Complainant Signature               Complainant Printed Name          Complainant Dept.
**Making a false statement on this complaint may result in criminal prosecution.**
Oath below not required for police officers unless complaint charges class A misdemeanor or felony (RSA 592-A:7.I).
Personally appeared the above named complainant and made oath that the above complaint by him/her subscribed is, in his/her belief, true.

_10/26/16_                          _Brenda Man Kyp_
Date                                Justice of the Peace
NHJB-2982-D (05/20/2015)                                    Primex-Rocheville- 000068

Case Number: _____        Charge ID: _____

# The State of New Hampshire
## COMPLAINT

| ☐ VIOLATION | MISDEMEANOR | | FELONY | | |
|---|---|---|---|---|---|
| | ☒ CLASS A | ☐ CLASS B | ☐ CLASS A | ☐ CLASS B | ☐ UNCLASSIFIED |

You are to appear at the: **Salem Court,**
address: **35 GEREMONTY DR , SALEM, NH**
in: **Rocking ham County**
at: 8:00 am
on: 11/28/16

Under penalty of law to answer to a complaint charging you with the following offense:

**THE UNDERSIGNED COMPLAINS THAT:  PLEASE PRINT**

| ROCHEVILLE | KEVIN | | R |
|---|---|---|---|
| Last Name | First Name | | Middle Initial |
| 31 JONATHAN RD | PELHAM | NH | 03076 |
| Address | City | State | Zip |
| M       W | 600 | 215 | HAZEL | BROWN |
| Sex    Race | Height | Weight | Eye Color | Hair Color |
| DOB | 09REK65011 | | NH | |
| | License #: | | OP License State | |

☐ COMM. VEH.    ☐ COMM. DR. LIC.    ☐ HAZ. MAT.    ☐ 16+PASSENGER

AT: 31 JONATHAN RD, PELHAM NH
On 10/18/2016 at 9:25 AM in the above county and state, did commit the offense of:
RSA Name:          Cruelty to Animals; Negligent
Contrary to RSA:   644:8,III
Inchoate:
(Sentence Enhancer):

And the laws of New Hampshire for which the defendant should be held to answer, in that the defendant did:

negligently permitted or caused any animal in his custody, to wit, Dog #4 Oreo
(Black and white Pitbull mix female), to be subjected to cruelty, inhumane
treatment or unneccessary suffering of any kind by allowing to have a urine/fecal
scalding on feet, skin inflammation and flakiness, to be Hookworm and Giardia
positive.

against the peace and dignity of the State.
☐ SERVED IN HAND

*Allison Caprigno*                OFFICER ALLISON D CAPRIGNO          Pelham PD
Complainant Signature            Complainant Printed Name             Complainant Dept.
**Making a false statement on this complaint may result in criminal prosecution.**
Oath below not required for police officers unless complaint charges class A misdemeanor or felony (RSA 592-A:7.I).
Personally appeared the above named complainant and made oath that the above complaint by him/her subscribed is, in his/her belief, true.
10/26/16                         _____
Date                             Justice of the Peace

NHJB-2962-D (05/20/2015)                                    Primex-Rocheville- 000069

Case Number: _____                    Charge ID: _____

## The State of New Hampshire
### COMPLAINT

| ☐ VIOLATION | MISDEMEANOR | | FELONY | | |
|---|---|---|---|---|---|
| | ☒ CLASS A | ☐ CLASS B | ☐ CLASS A | ☐ CLASS B | ☐ UNCLASSIFIED |

You are to appear at the: **Salem Court,**
address: **35 GEREMONTY DR , SALEM, NH**
in: **Rocking ham County**
at: 8:00 am
on: 11/28/16

Under penalty of law to answer to a complaint charging you with the following offense:

THE UNDERSIGNED COMPLAINS THAT:  PLEASE PRINT

| ROCHEVILLE | KEVIN | | R |
|---|---|---|---|
| Last Name | First Name | | Middle Initial |
| 31 JONATHAN RD | PELHAM | NH | 03076 |
| Address | City | State | Zip |
| M   W | 6 0 0 | 2 1 5 | HAZEL | BROWN |
| Sex   Race | Height | Weight | Eye Color | Hair Color |
| ▓▓▓▓▓ | 09REK65011 | | NH | |
| DOB | License #: | | OP License State | |

| ☐ COMM. VEH. | ☐ COMM. DR. LIC. | ☐ HAZ. MAT. | ☐ 16+PASSENGER |
|---|---|---|---|

AT: 31 JONATHAN RD, PELHAM NH
On 10/18/2016 at 9:25 AM in the above county and state, did commit the offense of:
RSA Name:          Cruelty to Animals; Negligent
Contrary to RSA:    644:8,III
Inchoate:
(Sentence Enhancer):

And the laws of New Hampshire for which the defendant should be held to answer, in that the defendant did:

negligently permitted or caused any animal in his custody, to wit, Dog #5 Tikki
(Gray brindle Pitbull   female), to be subjected to cruelty, inhumane treatment or
unnecessary suffering of any kind by allowing to be underweight and have
urine/fecal scalding on feet.

against the peace and dignity of the State.
☐ SERVED IN HAND

_Allison Caprigno_                  OFFICER ALLISON D CAPRIGNO              Pelham  PD
Complainant Signature               Complainant Printed Name               Complainant Dept.
**Making a false statement on this complaint may result in criminal prosecution.**
Oath below not required for police officers unless complaint charges class A misdemeanor or felony (RSA 592-A:7.I).
Personally appeared the above named complainant and made oath that the above complaint by him/her subscribed is, in
his/her belief, true.
10/26/16                            _Brenda Keefe_
Date                                Justice of the Peace

NHJB-2962-D (05/20/2015)                                          Primex-Rocheville- 000070

Case Number: _____    Charge ID: _____

## The State of New Hampshire
### COMPLAINT

| ☐ VIOLATION | MISDEMEANOR | | FELONY | | |
|---|---|---|---|---|---|
| | ☒ CLASS A | ☐ CLASS B | ☐ CLASS A | ☐ CLASS B | ☐ UNCLASSIFIED |

You are to appear at the: **Salem Court,**
address: **35 GEREMONTY DR , SALEM, NH**
in: **Rocking ham County**
at: 8:00 am
on: 11/28/16

Under penalty of law to answer to a complaint charging you with the following offense:

**THE UNDERSIGNED COMPLAINS THAT:   PLEASE PRINT**

| ROCHEVILLE | KEVIN | R |
|---|---|---|
| Last Name | First Name | Middle Initial |
| 31 JONATHAN RD | PELHAM | NH    03076 |
| Address | City | State   Zip |

| M | W | 6 0 0 | 2 1 5 | HAZEL | BROWN |
|---|---|---|---|---|---|
| Sex | Race | Height | Weight | Eye Color | Hair Color |
| | | 09REK65011 | | NH | |
| DOB | License #: | | OP License State | | |

| ☐ COMM. VEH. | ☐ COMM. DR. LIC. | ☐ HAZ. MAT. | ☐ 16+PASSENGER |
|---|---|---|---|

AT: 31 JONATHAN RD, PELHAM NH

On 10/18/2016 at 9:25 AM in the above county and state, did commit the offense of:

RSA Name:              Cruelty to Animals; Negligent
Contrary to RSA:       644:8,III
Inchoate:
(Sentence Enhancer):

And the laws of New Hampshire for which the defendant should be held to answer, in that the defendant did:

```
negligently permitted or caused any animal in his custody, to wit, Dog #6 Kingston
(Red Pitbull male), to be subjected to cruelty, inhumane treatment or unneccessary
suffering of any kind by allowing to have a skin infection and urine/fecal
scalding on feet.
```

against the peace and dignity of the State.

☐ SERVED IN HAND

| *Allison Caprigno* | OFFICER ALLISON D CAPRIGNO | Pelham  PD |
|---|---|---|
| Complainant Signature | Complainant Printed Name | Complainant Dept. |

**Making a false statement on this complaint may result in criminal prosecution.**

Oath below not required for police officers unless complaint charges class A misdemeanor or felony (RSA 592-A:7.I).
Personally appeared the above named complainant and made oath that the above complaint by him/her subscribed is, in his/her belief, true.

| 10/26/16 | *Bruce Mallya* |
|---|---|
| Date | Justice of the Peace |

NHJB-2962-D (05/20/2015)

Primex-Rocheville- 000071

Case Number: _____          Charge ID: _____

## The State of New Hampshire
### COMPLAINT

| ☐ VIOLATION | MISDEMEANOR | | FELONY | | |
|---|---|---|---|---|---|
| | ☒ CLASS A | ☐ CLASS B | ☐ CLASS A | ☐ CLASS B | ☐ UNCLASSIFIED |

You are to appear at the: **Salem  Court,**
address: **35 GEREMONTY DR , SALEM, NH**
in: **Rocking ham County**
at: 8:00
on: 11/28/16

Under penalty of law to answer to a complaint charging you with the following offense:

THE UNDERSIGNED COMPLAINS THAT:  PLEASE PRINT

| ROCHEVILLE | KEVIN | R |
|---|---|---|
| Last Name | First Name | Middle Initial |
| 31 JONATHAN RD | PELHAM            NH | 03076 |
| Address | City                        State | Zip |

| M | W | 600 | 215 | HAZEL | BROWN |
|---|---|---|---|---|---|
| Sex | Race | Height | Weight | Eye Color | Hair Color |
| | | 09REK65011 | | NH | |
| DOB | | License #: | | OP License State | |

☐ COMM. VEH.          ☐ COMM. DR. LIC.          ☐ HAZ. MAT.          ☐ 16+PASSENGER

AT: 31 JONATHAN RD, PELHAM NH
On 10/18/2016 at 9:25 AM in the above county and state, did commit the offense of:
RSA Name:          Cruelty to Animals; Negligent
Contrary to RSA:          644:8,III
Inchoate:
(Sentence Enhancer):

And the laws of New Hampshire for which the defendant should be held to answer, in that the defendant did:

negligently permitted or caused any animal in his custody, to wit, Dog #7 Tip
(Black Lab mix female), to be subjected to cruelty, inhumane treatment or
unneccessary suffering of any kind by allowing to have urine/fecal scalding on
feet and to be Giardia positive.

against the peace and dignity of the State.
☐ SERVED IN HAND

_____          OFFICER ALLISON D CAPRIGNO          Pelham  PD
Complainant Signature                  Complainant Printed Name                  Complainant Dept.

**Making a false statement on this complaint may result in criminal prosecution.**

Oath below not required for police officers unless complaint charges class A misdemeanor or felony (RSA 592-A:7.I).
Personally appeared the above named complainant and made oath that the above complaint by him/her subscribed is, in
his/her belief, true.

10/26/16          _____
Date                                              Justice of the Peace

NHJB-2962-D (05/20/2015)

Primex-Rocheville- 000072

Case Number: _____                    Charge ID: _____

## The State of New Hampshire
### COMPLAINT

| ☐ VIOLATION | MISDEMEANOR | | | FELONY | | |
|---|---|---|---|---|---|---|
| | ☒ CLASS A | ☐ CLASS B | ☐ CLASS A | ☐ CLASS B | ☐ UNCLASSIFIED |

You are to appear at the: **Salem Court,**
address: **35 GEREMONTY DR , SALEM, NH**
in: **Rocking ham County**
at: 8:00 am
on: 11/28/16

Under penalty of law to answer to a complaint charging you with the following offense:

**THE UNDERSIGNED COMPLAINS THAT:  PLEASE PRINT**

| ROCHEVILLE | KEVIN | | R |
|---|---|---|---|
| Last Name | First Name | | Middle Initial |
| 31 JONATHAN RD | PELHAM | NH | 03076 |
| Address | City | State | Zip |
| M          W | 600 | 215 | HAZEL | BROWN |
| Sex      Race | Height | Weight | Eye Color | Hair Color |
| | 09REK65011 | | NH | |
| DOB | License #: | | OP License State | |

☐ COMM. VEH.        ☐ COMM. DR. LIC.        ☐ HAZ. MAT.        ☐ 16+PASSENGER

AT: 31 JONATHAN RD, PELHAM NH
On 10/18/2016 at 9:25 AM in the above county and state, did commit the offense of:
RSA Name:                    Cruelty to Animals; Negligent
Contrary to RSA:        644:8,III
Inchoate:
(Sentence Enhancer):

And the laws of New Hampshire for which the defendant should be held to answer, in that the defendant did:

negligently permitted or caused any animal in his custody, to wit, Dog #8 Honey
(White and tan spotted Pitbull mix female), to be subjected to cruelty, inhumane
treatment or unneccessary suffering of any kind by allowing to have urine/fecal
scalding on feet, urine stains on rear legs and behind and to be Hookworm and
Giardia positive.

against the peace and dignity of the State.
☐ SERVED IN HAND

_Allison Caprigno_                OFFICER ALLISON D CAPRIGNO                    Pelham  PD
Complainant Signature            Complainant Printed Name                    Complainant Dept.
**Making a false statement on this complaint may result in criminal prosecution.**
Oath below not required for police officers unless complaint charges class A misdemeanor or felony (RSA 592-A:7.I).
Personally appeared the above named complainant and made oath that the above complaint by him/her subscribed is, in
his/her belief, true.
10/26/16                                _Brue DeMonfess_
Date                                    Justice of the Peace

NHJB-2962-D (05/20/2015)                                Primex-Rocheville- 000073

Case Number: _____                              Charge ID: _____

## The State of New Hampshire
### COMPLAINT

| ☐ VIOLATION | MISDEMEANOR | | FELONY | | |
|---|---|---|---|---|---|
| | ☒ CLASS A | ☐ CLASS B | ☐ CLASS A | ☐ CLASS B | ☐ UNCLASSIFIED |

You are to appear at the:   **Salem Court,**
address:   **35 GEREMONTY DR , SALEM, NH**
in:   **Rocking ham County**
at:   8:00 Cm
on:   11/28/16

Under penalty of law to answer to a complaint charging you with the following offense:

**THE UNDERSIGNED COMPLAINS THAT:   PLEASE PRINT**

| ROCHEVILLE | | KEVIN | | | R |
|---|---|---|---|---|---|
| Last Name | | First Name | | | Middle Initial |

| 31 JONATHAN RD | | PELHAM | | NH | 03076 |
|---|---|---|---|---|---|
| Address | | City | | State | Zip |

| M | W | 6 0 0 | 2 1 5 | HAZEL | BROWN |
|---|---|---|---|---|---|
| Sex | Race | Height | Weight | Eye Color | Hair Color |

| DOB ▓▓▓ | 09REK65011 | NH | |
|---|---|---|---|
| | License #: | OP License State | |

| ☐ COMM. VEH. | ☐ COMM. DR. LIC. | ☐ HAZ. MAT. | ☐ 16+PASSENGER |
|---|---|---|---|

AT: 31 JONATHAN RD, PELHAM NH

On 10/18/2016 at 9:25 AM in the above county and state, did commit the offense of:

RSA Name:   Cruelty to Animals; Negligent
Contrary to RSA:   644:8,III
Inchoate:
(Sentence Enhancer):

And the laws of New Hampshire for which the defendant should be held to answer, in that the defendant did:

```
negligently permitted or caused any animal in his custody, to wit, Dog #10 Brock
(Brindle Pitbull mix male), to be subjected to cruelty, inhumane treatment or
unnecessary suffering of any kind by allowing to have urine/fecal scalding on
feet, skin inflammation and to be Giardia positive.
```

against the peace and dignity of the State.

☐ SERVED IN HAND

_Allison Caprigno_
Complainant Signature

OFFICER ALLISON D CAPRIGNO
Complainant Printed Name

Pelham  PD
Complainant Dept.

**Making a false statement on this complaint may result in criminal prosecution.**

Oath below not required for police officers unless complaint charges class A misdemeanor or felony (RSA 592-A:7.I).
Personally appeared the above named complainant and made oath that the above complaint by him/her subscribed is, in
his/her belief, true.

10/26/16
Date

_Brenda Malyja_
Justice of the Peace

NHJB-2962-D (05/20/2015)

Primex-Rocheville- 000075