UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

```
*   *   *   *   *   *   *   *   *   *   *   *   *   *   *
                                                        *
KEVIN ROCHEVILLE                                        *

        V.                                              *

THOMAS GOULDEN, MATTHEW KEENLISIDE, BRIAN              *

MCCARTHY, JOSEPH O'ROARK, MICHAEL MCCALL,              *

ALLISON CAPRIGNO, JODY HARRIS-STERN, JOHN DOES,        *

JANE DOES, AND TOWN OF PELHAM, NH                      *

    *   *   *   *   *   *   *   *   *   *   *   *   *   *   *
```

Docket No. 19-CV-00169-AJ

<u>DEPOSITION OF KEVIN ROCHEVILLE</u>

Deposition taken at the LAW OFFICES OF
CULLENCOLLIMORE, P.L.L.C., 10 E. Pearl Street,
Nashua, New Hampshire, on Thursday, June 17, 2021,
commencing at 9:23 p.m.

1 A. Yes, Sir.

2 Q. Do you recall when Miss Bordeleau told you

3 that?

4 A. I don't remember the exact dates.

5 Q. Did either Miss Goulden or Miss Bordeleau

6 tell you why then Chief Goulden was fired from

7 Brookline?

8 A. No, Sir.

9 Q. Do you have any other independent knowledge

10 of why he was fired, if he was fired?

11 A. I do not.

12 Q. Okay.  On page three, Paragraph 15, you

13 state that on or before May 20th, 2014 Goulden began

14 to have a sexual affair with your girlfriend, Cheryl

15 Bordeleau.  How much -- well, first of all, how do

16 you know that to be true, if it's true?

17 A. My son, Aiden Rocheville.  Mr. Goulden,

18 Thomas Goulden, bought him baseball equipment.  And

19 he overheard his mother talking.

20 Q. And what did he overhear his mother say, or

21 what did he report to you?

22 A. He basically told me his mother was dating

23 Thomas Goulden.  And that he had been to his ball

1    games.

2         Q.    Were you still together with Ms. Bordeleau

3    at that time?

4         A.    Yes.

5         Q.    Was she still living with you at that time?

6         A.    Yes.

7         Q.    Did you confront Miss Bordeleau about that?

8         A.    Yes.

9         Q.    And what did she say?

10        A.    That her private affairs were none of my

11   business.

12        Q.    Can I assume you disagreed with that?

13        A.    I did disagree, yes.

14        Q.    Is that what caused you and Miss Bordeleau

15   to split up?

16        A.    I believe it had a large impact on our

17   relationship.

18        Q.    Other than the comment made by your son,

19   Aiden, did you have any other evidence that Ms.

20   Bordeleau was having some sort of an affair or

21   relationship with Mr. Goulden?

22        A.    Yes, I did.

23        Q.    And what was that?

1       A.   A good friend of mine, Buddy Wilkins, who

2   lives in town, 19 Webster Avenue, witnessed Cheryl

3   Bordeleau and Officer Tom Goulden multiple times,

4   multiple locations in town while Officer Goulden was

5   on duty in a Pelham Police Cruiser.  They were

6   parked side-by-side on Bridge Street and chatted for

7   hours.

8       Q.   You attached to the interrogatories a

9   couple of photographs of a police car next to a --

10  what appears to be a white SUV.

11           (Document handed to witness.)

12      Q.   And I'm showing you one of those that bears

13  the caption below that says, This went on and on for

14  months.  Do you know who took that picture?

15      A.   I did.

16      Q.   And who is in the police car, if you know?

17      A.   Officer Thomas Goulden.

18      Q.   And whose white SUV is that in the

19  background?

20      A.   That's Cheryl Bordeleau's.  It's a Toyota

21  Sequoia.

22      Q.   And when was this picture taken?

23      A.   I don't know the exact date.

1       Q.    Relative to the date that's referenced in

2    Paragraph 15 of the complaint, May 20th of 2014, was

3    this picture taken before or after that?

4       A.    Approximately the same time.

5       Q.    Did you ever speak to Thomas Goulden about

6    your belief that he was having an affair with Ms.

7    Bordeleau?

8       A.    Yes.

9       Q.    And when was that?

10       A.    At different times.

11       Q.    How many times?

12       A.    Three or four times.

13       Q.    And was it around the same time as this

14    picture was taken?

15       A.    Yes.

16       Q.    What did you say to him?

17       A.    That I wanted to make my relationship with

18    Cheryl work for the sake of the boys.  He didn't

19    seem to care, one way or the other.

20       Q.    What did he say specifically?

21       A.    He basically told me to get away from him,

22    not to have any contact with Cheryl.  And it was in

23    my best interest to stay away from Cheryl.

1      Q.    Was Cheryl still living with you at that

2   time?

3      A.    Yes.

4      Q.    In the -- any other conversations that you

5   had from -- sorry about that.  Any other

6   conversations you had with Mr. Goulden regarding Ms.

7   Bordeleau?  Do you remember him saying anything else

8   to you?

9      A.    He basically told me he would take my life

10   and turn it inside out and there wouldn't be nothing

11   I could do about it.

12      Q.    And when you say he basically told you

13   that, is that as close to a quote as you can get?

14      A.    He said he got rid of her boyfriend in the

15   past.

16      Q.    Anything else you remember Mr. Goulden

17   telling you with respect to his relationship with

18   Ms. Bordeleau or with respect to you?

19      A.    Told me to watch my back.

20      Q.    And this is all around the time that this

21   photo was taken, which was around --

22      A.    It went on for months.

23      Q.    Do you know where you get the date, May