UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

Kevin Rocheville, )
)
v. )
)
Thomas Goulden, Matthew Keenliside, )  Civil Action No. 19-CV-01169-PB
Brian McCarthy, Joseph O'Roark, )
Michael McCall, Allison Caprigno, )
Jody Harris-Stern, John Does, )
Jane Does and Town of Pelham, NH )
)

## AFFIDAVIT OF MICHELE STONE

KNOW ALL MEN BY THESE PRESENT, that I, Michele Stone, of Lebanon, NH under oath depose and say as follows:

1. I have been a Registered Nurse for 19 years.

2. I am in the process of finalizing my academic requirements to obtain a Master's Degree in Nursing.

3. I am familiar with Allison Caprigno in her capacity as the Animal Control Officer for the Town of Pelham.

4. Sometime in October of 2016, Allison Caprigno came to the residence I shared with Kevin Rocheville to advise of a loose dog complaint. She told us the Pelham Police Department had received a complaint that a dog was running up the street and had chased someone. She provide us with a description of the dog. The only dog we had at that time that matched the description was Allie, who was heavily pregnant and was not even able to go up the stairs by herself. I had been personally carrying Allie up and down the stairs and caring for her and I knew that she had not been outside, let alone running down the street chasing someone.

1

5. The next time I had contact with Allison Caprigno was the night I had to leave Kevin's residence at his request. I was very upset with Kevin and told Allison that there were a number of rescue dogs, we had been caring for, in the house. She asked if I could go to the station and provide her with some information, which I did the next day.

6. At her request, I provided Allison Caprigno with a written statement and photographs of the rescue dogs. Allison Caprigno said that she was ....not after me and I would not get into trouble no matter what happened..... While there, I felt that the Pelham Police Department was "getting carried away" with this situation regarding Kevin and the dogs.

7. At the time there were approximately 40 dogs at Kevin's residence and while it was challenging to do so, we took care of all of them and tried to assist the rescue agencies with finding them homes. Kevin wanted very much to ensure that the rescue dogs would be safe and took so many rescue dogs into his home because the rescue agencies were telling him that the dogs were in danger of being euthanized.

8. The next time I had contact with Allison Caprigno was about one to two weeks after I met with her at the police station. She called me and asked if I knew where Kevin was. I told her we both have iPhones and the tracking application showed he was nearby in town working. After this, I received five to seven more phone calls from Allison Caprigno asking where Kevin was. I only spoke to her about two to three times and advised her that according to the iPhone tracking app he was nearby working.

9. Unfortunately, during this time, I never received much information as to how the rescue dogs were doing. I sent her an email to check the well-being of the rescue dogs because I hadn't heard from her with regard to them. At this point, I felt as if Allison was more interested in what Kevin was doing rather than the welfare of the rescue dogs. I felt as if our communication was so she could just get information about Kevin and not to help the rescue dogs.

10. Shortly before the search warrant was conducted at Kevin's residence, Allison Caprigno called me and asked if I knew where Kevin was. I told her that I did not as he had turned off the location setting on his iPhone and now I was not able to determine where he was.

11. After this conversation, the phone calls from Allison Caprigno started to taper off. She only called me one or two more times and I advised her that I was still not able to track Kevin and the phone calls from her stopped.

12. During my continued dealings with Allison Caprigno, it was clear to me that she did not like Kevin Rocheville. I felt the animosity Allison Caprigno had toward Kevin was personal. I felt that she was out to get him and was trying to use me to assist her in doing so.

13. Allison Caprigno told me that Kevin Rocheville was a "vicious little man".

Dated: September 2, 2021

_____
Michele Stone

STATE OF NEW HAMPSHIRE
COUNTY OF HILLSBOROUGH

Personally appeared the above-named Michele Stone, this 2nd day of September, 2021, and made oath that the within statements made by her are true to the best of her knowledge and belief.

Before me,

_____
Notary Public/Justice of the Peace

LISA M CENSABELLA
Notary Public - New Hampshire
My Commission Expires Aug 4, 2026

3