# Exhibit # 10

Rockingham Emergency Veterinary Hospital

# Medical Chart

| | | | | | |
|---|---|---|---|---|---|
| PATIENT Ally #1 | SPECIES Canine | AGE | OWNER ACO Pelham | | |
| SEX Unknown | BREED Rottweiler Mix | DOB | ADDR 14 Village Green | | |
| COLOR | MARK | | Pelham, NH 03076 | | |
| ID 22919 | TATTOO | RADIO | PHONE (603) 635-2411 | | |
| RABIES | OTHER | | | | |
| NOTES | | | | | |

REASON FOR VISIT IN OUT

PROBLEMS

REMINDERS

WEIGHT HISTORY

PATIENT ALERTS (MANUAL)

| MEDICAL HISTORY | | ITEM | DESCRIPTION | QTY | ALL HISTORY |
|---|---|---|---|---|---|
| Oct 18, 2016 | Christina Barnett, DVM | Exam | | | |

Confiscated from hoarding situat:

Subjective

*Reason for Visit:* Exam
Exam

Confiscated from hoarding situation today. Originally from "Rescue of the Forgottens", a rescue out of New York. Appears to be lab mix, possibly SharPei?

Objective

*Vitals:* 12:51pm 10/18/16 *Wt:* 53.4 lb. *T:* 100.2 F. *HR:* 100 *RR:* 24/0 *CRT:* <2 *Other:* mm pink *By:* DCB

*General Appearance:* BAR, nice but seemingly dog aggressive
*Eyes:* WNL
*Ears:* WNL
*Integument:* patchy alopecia, very dry coat. 2cm diameter superficial abrasion caudal to right elbow.
*Oral Cavity:* mm pink, great teeth
*Lymphatics:* WNL
*Cardiovascular:* no murmur, PSS
*Musculoskeletal:* somewhat thin
*Gastrointestinal:* WNL
*Urogenital:* marked mammary development, nursing litter of 8 pups
*Respiratory:* WNL
*Neurologic:* WNL

Assessment

minor skin abrasions, poor hair coat (r/o mange versus poor care?)
nursing female

Plan

overall healthy, OK to go to shelter, but recommend skin scrape, fecal.

**Patient:** Ally #1 Rottweiler Mix **Client:** ACO Pelham

| | | | | | |
|---|---|---|---|---|---|
| Oct 18, 2016 | Christina Barnett, DVM | Pe | Emergency Exam | 1 | ea |
| | | Please take a moment to provide feedback on your visit! Go to our website (www.revh-nh.com) and click on the "surveys" link. Your input is greatly appreciated! | | | |
| Oct 19, 2016 | Jay Volinski, DVM | Diarrhea | | | |
| | | ACO's came in today to submi: | | | |

Note

*Reason for Visit:* Diarrhea
Diarrhea

ACO's came in today to submit fecal samples for Ally (mother) - Ally and each of the puppies has fetid diarrhea, and Jana is concerned she might have seen tapeworms in the feces of some of the puppies. Sending out Fecal O&P + Giardia on Ally's sample. Starting all 9 of them (Ally included) on Panacur 50mg/kg PO SID x5d (12mL for Ally, 0.7mL for each of the puppies SID). Dispensed 200mL of 100mg/mL Panacur to Jana for all of them. Can get refills here later if needed. Should repeat in 2 weeks.

| | | | | | |
|---|---|---|---|---|---|
| Oct 19, 2016 | Jay Volinski, DVM | PanacurSusp | Fenbendazole (Panacur) Suspension 100mg/ml | 200 | ml |
| | | Rx Num: 43382 Refills: 0.00 Expires: 12/31/2017<br>Give orally once a day for 5 days.<br>Ally: 12mLs orally; Puppies: 0.7mls orally<br>Repeat in 2 weeks. | | | |
| Oct 19, 2016 | Jay Volinski, DVM | Idexx2463 | Idexx Fecal Ova and Parasites with Giardia | 1 | ea |
| Oct 20, 2016 | Jay Volinski, DVM | | | | |
| | | Idexx fecal/Giardia results:<br>- O&: | | | |

Note

*Reason for Visit:* Medications

Idexx fecal/Giardia results:
- O&P: Giardia cysts present many (>30)
- Giardia ELISA: positive

Extending Panacur doses for Ally (mom) and all pups to 5 days (repeat in 2 weeks). ACO (Jana) came in to pick up additional supply of Panacur.

| | | | |
|---|---|---|---|
| Oct 27, 2016 | Jay Volinski, DVM | skin irritation | |
| | | Hudson ACO (Jana) cal: | |

Subjective

*Reason for Visit:* skin irritation
skin irritation

Hudson ACO (Jana) called today to report that Ally has a pruritic rash and that she is losing fur in random patches (see photos). The puppies seem to be unaffected. No other dogs in the shelter have anything similar.

Plan

From photos that were sent, the pattern does look haphazard and the skin is not erythemic, so it does not look look like Sarcoptes or Demodex. Other options are superficial pyoderma and ringworm, but it sounds like this is more pruritic than I would expect for ringworm, and dogs rarely get it quite so widespread.

Discussed dispensing Amoxicillin for pyoderma - if that does not help, then we will need to examine her and perform skin scrapings +/- fungal cultures to determine what else might be going on. Jana is game for this, got it approved through police dept.

Dispensed Amoxicillin 500mg capsules #14, Give 1 cap PO BID x7d to Ally.

She will be by to pick up the Rx within the hour.

Patient: Ally #1 Rottweiler Mix Client: ACO Pelham

Oct 27, 2016 Jay Volinski, DVM Amoxi500Caps Amoxicillin 500mg Capsules 14 cap

Rx Num: 43474 Refills: 0.00

Give 1 capsule by mouth every 12 hours until gone.

Nov 02, 2016 Jay Volinski, DVM Update

(12:57PM 11/2/16 Jay Volinski:

Note

*Reason for Visit:* Update

Update

(12:57PM 11/2/16 Jay Volinski, DVM) TT Jana (Hudson ACO) on phone. Ally's fur loss and pruritus has not improved on the Amoxicillin. See new photos - patchy alopecia is spreading, Jana reports that Ally continues to lose fur and that her body feels generally warm and smells a bit yeasty. None of the puppies are symptomatic at all. They had come to the conclusion it might be food allergies - I have to concur that that seems likely. Cannot completely r/o demodex, but food allergies seem to fit best. They have already switched her diet from one with beef & pork ingredients to one with just chicken. They think that her symptoms are mildly improved since the switch. Discussed putting her on a short tapering course of Prednisone. I would probably also treat her with Revolution just to be safe. Both are safe for the puppies. Unfortunately we do not sell Revolution here - she thinks she may be able to get a dose or two from Hudson AH - told her that if they need a prescription we can send one over to them. Jana will come to pick up Pred shortly.

Prednisone 20mg #12: 1/2 tab (10mg) PO BID x3d, then 1/2 tab (10mg) PO SID x3d, then 1/2 tab (10mg) PO EOD until gone

(1:26PM 11/2/16 Muscatell, Christine) ACO came in to pick up pred, paid for Rx only. Puppies are doing great! they are still passing roundworms and on their second series of deworming. They saw/stood on grass for the first time. Dr posage is involved in the training of the mom/puppies.

Nov 02, 2016 Jay Volinski, DVM Prednisone20 Prednisone 20mg Tablets 6 tab

Rx Num: 43544 Refills: 0.00 Expires: 4/30/2017

Give 1/2 tablet by mouth every 12 hours for 3 days, then 1/2 tablet once daily for 3 days, then 1/2 tablet every other day until gone.

Nov 09, 2016 Jay Volinski, DVM Update:

Jana was here with "red male":

Note

*Reason for Visit:* Vomiting

Update:

Jana was here with "red male" puppy today (for vomiting). While here, she updated us that Ally has been weaned down to EOD Prednisone at this point and she is becoming itchy again. None of the puppies is symptomatic for the pruritus or alopecia, even now. No evidence of fleas on Ally or any of the puppies. Most likely explanation would seem to be that Ally is allergic to something, although they haven't really tried a novel-ingredient diet yet. Currently she is eating a diet that contains a combination of chicken and duck as protein. Jana tried to find Revolution, but the places she checked did not carry it - may be able to get some from a shelter vet they work with. That would be just to cover the possibility of demodex. Scabies would almost certainly have spread to the puppies by this point, as would have ringworm. Jana is going to follow up with shelter vet r/e Ally.

Nov 21, 2016 Shannon Kircher, DVM Idexx2463 Idexx Fecal Ova and Parasites with Giardia 1 ea

Nov 21, 2016 DSK Lab Result ID: 120895 Status: Pending

Laboratory: IVS - Idexx VetConnect

Profile:

*Test* *Results* *Range*

Nov 23, 2016 Muscatell, Christine (10:42AM 11/23/16 Muscatell, Christine):

Note

*Reason for Visit:* Lab report

(10:42AM 11/23/16 Muscatell, Christine) Called Jana (ACO) stating that ALLY and Puppy#10 is

Patient: Ally #1 Rottweiler Mix Client: ACO Pelham

negative. I suggested to have any one to still clean pre/post handling the puppies. ACO asked for DJV, I stated that he worked the O/N and will be back this evening. She stated that she will email him later due to having questions regarding Ally. At this time, ally had received Revolution and shes been scratching herself raw.

| | | | | | |
|---|---|---|---|---|---|
| Dec 02, 2016 | Judith Leclerc, DVM | SkinScrapeCyt | Skin scraping and cytology | 1 | |
| Dec 02, 2016 | Judith Leclerc, DVM | Pe | Emergency Exam | 1 | ea |
| | | Please take a moment to provide feedback on your visit! Go to our website (www.revh-nh.com) and click on the "surveys" link. Your input is greatly appreciated! | | | |
| Dec 02, 2016 | Judith Leclerc, DVM | Skin scraping<br>Presented from Pelham for: | | | |

Subjective

*Reason for Visit:* skin scrape

Skin scraping

Presented from Pelham for skin scraping. has been on revolution. Unknown vax history. Unknown if fecal has been done. Hoping to send her to ARL. ACO asked about a health certificate. Unable to give without vax history, fecal, etc. Has seen drops of blood in urine. Had pups 9 weeks ago and all weaned. Not on any meds now but was on pred.

Objective

BAR

*Vitals:* 11:10am 12/2/16 *Wt:* 63 lb. *T:* 101.6 F. *HR:* 120 *By:* DJL

*General Appearance:* Bright, alert and responsive; good body condition
*Eyes:* Corneas clear, pupils normal size, symmetrical; sclera white, no ocular discharge
*Ears:* No exudate observed; no redness present
*Integument:* Gen alopecia, scabs, crusts, excoriations.
*Oral Cavity:* Teeth are free from excessive tartar; gums are pink and moist; no gingivitis present
*Lymphatics:* Lymph nodes all normal size
*Cardiovascular:* Regular rhythm; no murmur detected; strong femoral pulses; CRT < 2 sec
*Musculoskeletal:* Ambulates normally
*Gastrointestinal:* Normal eliminations; palpates normally
*Urogenital:* Enlarged/flaccid mammary glands. No discharge from vulva today.
*Respiratory:* Lungs auscultate clear; trachea clear
*Neurologic:* No apparent abnormalities

Assessment

Gen dermatitis, r/o demodex vs sarcopties, allergy, intestinal parasite such as hookworms, heartworms, mallesezia dermatitis

Plan

skin scraping three sites. One demodex noted. No sarcops seen.
REC treat for demodex with ivermectin, cefpodoxime
Do fecal, HW check, regular bathing with maleseb.
Ready to spay anytime.

Discharge

Ally presented for chronic skin issues. A skin scraping was done and was negative for sarcoptic mange. 1 Demodectic mite was seen. Demodex is normal in low numbers and very difficult to find. I suspect that she has demodex and should be treated for several months until resolution. A heartworm check and checking for intestinal parasites should be done as well. Ensure she is eating a good quality diet. Regular bathing with an anti yeast, follicular flushing shampoo is also recommended. Antibiotics will help with the infection in her skin as well as treat a possible urinary tract infection and possible infected uterus. Please call if you have any questions or problems.

**Patient:** Ally #1 Rottweiler Mix **Client:** ACO Pelham

Rockingham Emergency Veterinary Hospital Page 5 of 5 Dec 13, 2016 2:14 p.m.

Primex-Rocheville- 000028

# Exhibit # 11

Rockingham Emergency Veterinary Hospital

**Medical Chart**

| | | | |
|---|---|---|---|
| PATIENT Litter of Puppies | SPECIES | AGE | OWNER ACO Pelham |
| SEX Unknown | BREED | DOB | ADDR 14 Village Green |
| COLOR | MARK | | Pelham, NH 03076 |
| ID 22918 | TATTOO | RADIO | PHONE (603) 635-2411 |
| RABIES | OTHER | | |

NOTES

REASON FOR VISIT IN OUT

PROBLEMS

REMINDERS

WEIGHT HISTORY

PATIENT ALERTS (MANUAL)

MEDICAL HISTORY ITEM DESCRIPTION QTY ALL HISTORY

Oct 18, 2016 Christina Barnett, DVM Exam- litter of 8 puppies:

Subjective

*Reason for Visit:* Exam
Exam- litter of 8 puppies

Objective

8 puppies for exam, all approximately 2-3 weeks old. All have eyes open, all appear well-fed. Likely Rottweiler mix.

yellow male #1: 2.69#, T 99.1, HR 180, RR 28, mm pink. Good body condition, no murmur, no open fontanelle. Healthy.

yellow female #1: 1.8#, T 99.1, HR 148, RR 32, mm pink. Good BCS, no murmur, no open fontanelle. Healthy.

orange male #1: 2.68#, T 99.1, HR 148, RR 28, mm pink. Good BCS, no murmur, no open fontanelle. Healthy.

red male #1: 2.8#, T 99.6, HR 132, RR 32, mm pink. no murmur, no open fontanelle or cleft palate. Healthy.

green male #1: 1.94#, T 99, HR 144, RR 52, mm Pink. no murmur, no open fontanelle or cleft palate. Healthy.

white male #1: 2.3#, T 99, HR 160, RR 44, mm pink. Somewhat wobbly/ shaky. Passed some soft, mucoid stool that appeared "grainy"- after defecating the shakiness seemed to improve. no murmur, no open fontanelle or cleft palate. Healthy.

orange male #2: 3.38#, T 99.9, HR 156, RR 28, mm pink. no murmur, no open fontanelle or cleft palate. Healthy.

red female #2: 2.3#, T 99.4, HR 144, RR 28, mm pink. no murmur, no open fontanelle or cleft palate. Healthy.

**Patient:** Litter of Puppies **Client:** ACO Pelham

Assessment

All puppies appear healthy, mild diarrhea from one, worms observed in exam room.

| Date | Doctor | Code | Description | Qty | Unit |
|---|---|---|---|---|---|
| Oct 18, 2016 | Christina Barnett, DVM | Pe | Emergency Exam | 8 | ea |
| | | | Please take a moment to provide feedback on your visit! Go to our website (www.revh-nh.com) and click on the "surveys" link. Your input is greatly appreciated! | | |
| Oct 19, 2016 | Jay Volinski, DVM | Diarrhea | | | |
| | | ACO's came in today to submi: | | | |

Note

*Reason for Visit:* Diarrhea
Diarrhea

ACO's came in today to submit fecal samples for Ally (mother) - Ally and each of the puppies has fetid diarrhea, and Jana is concerned she might have seen tapeworms in the feces of some of the puppies. Sending out Fecal O&P + Giardia on Ally's sample. Starting all 9 of them (Ally included) on Panacur 50mg/kg PO SID x5d (12mL for Ally, 0.7mL for each of the puppies SID). Dispensed 200mL of 100mg/mL Panacur to Jana for all of them. Can get refills here later if needed. Should repeat in 2 weeks.

| Date | Doctor | Code | Description | Qty | Unit |
|---|---|---|---|---|---|
| Nov 09, 2016 | Jay Volinski, DVM | BG | Blood glucose check (glucometer), performed Nov 9 | 1 | ea |
| Nov 09, 2016 | Jay Volinski, DVM | CereniaTab16 | Cerenia Tablets 16mg | 1 | box |
| | | Rx Num: 43622 Refills: 0.00 Expires: 3/31/2019 | | | |
| | | Give 1/2 tablet per puppy, as needed, to stop nausea and vomiting. Lasts for 24 hours. | | | |
| Nov 09, 2016 | Jay Volinski, DVM | Pe | Emergency Exam | 1 | ea |
| | | | Please take a moment to provide feedback on your visit! Go to our website (www.revh-nh.com) and click on the "surveys" link. Your input is greatly appreciated! | | |
| Nov 09, 2016 | Jay Volinski, DVM | Vomiting ("red male" puppy) | | | |
| | | Jana (Hud: | | | |

Subjective

*Reason for Visit:* Vomiting
Vomiting ("red male" puppy)

Jana (Hudson ACO) brought in one of Ally's puppies ("red male") today for an acute onset of vomiting. The puppies are about 5-6 weeks old at this point. Jana reports that they all still have soft stool or diarrhea - this never changed, even after the 5-day course of Panacur they were on a couple of weeks ago (Ally herself was positive for Giardia; she was treated with Panacur and no longer has diarrhea). All of the puppies are starting to be weaned onto solid food, although they all still nurse also. Jana is having a hard time dealing with the litter and keeping them clean - tried moving the litter to a different crate/enclosure last night to give Ally more room, but when she looked in on them today it was a disaster - all puppies were covered in feces and had spread it on all surfaces of the enclosure. She grabbed the first thing available to clean them off, using H2O2 and towels - reports that normally she dilutes the H2O2 but this time she forgot. Got all of the puppies cleaned up and released them back into the room with Ally. Since that time the puppies have seemed less interested in food than they had been initially. "Red male" puppy has vomited several times (curdled milk and fluid), and was looking a little shaky - so we recommended bringing him down to be evaluated.

Objective

*Vitals:* 4:00pm 11/9/16 *Wt:* 8 lb. *T:* 101.2 F. *HR:* 140 *RR:* 30/0 *CRT:* pk, <2 *By:* DJV

*General Appearance:* QAR
*Eyes:* Corneas clear, pupils normal size, symmetrical; sclera white, no ocular discharge
*Ears:* No exudate observed; no redness present
*Integument:* Normal amount of shedding; skin looks normal; hair coat in good condition
*Oral Cavity:* Teeth are free from excessive tartar; gums are pink and moist; no gingivitis present
*Lymphatics:* Lymph nodes all normal size
*Cardiovascular:* Regular rhythm; no murmur detected; strong femoral pulses; CRT < 2 sec
*Musculoskeletal:* Ambulates normally
*Gastrointestinal:* Abd soft, palpates normally
*Urogenital:* normal eliminations; external genitalia appears normal; bladder palpates normally
*Respiratory:* Lungs auscultate clear; trachea clear
*Neurologic:* No apparent abnormalities, no shaking or tremoring

**Patient:** Litter of Puppies **Client:** ACO Pelham

Assessment

DIAGNOSTICS:

- BG (glucometer): 190 mg/dL (r/o stress hyperglycemia >> post-prandial, or somogyi reaction)

PROBLEM LIST:

- Vomiting
  - suspect patient ingested undiluted H2O2 by licking himself and/or other puppies after it was used to clean them. Dose to induce vomiting in a dog this size would be less than a teaspoon. Signs should be transient and mild.

Plan

Discussed that this puppy should be fine.
Hopefully stools will become more solid now that they are being weaned onto solid food.

No treatments administered while here
Sent Jana with a box of 16mg Cerenia tablets: can give 1/2 tab (8mg) to any of the puppies if they are vomiting today. Keep on hand, just in case.

Dilute H2O2 in future if it will be used to clean the puppies

| | | | | | |
|---|---|---|---|---|---|
| Nov 21, 2016 | Shannon Kircher, DVM | Idexx2463 | Idexx Fecal Ova and Parasites with Giardia | 1 | ea |
| Nov 21, 2016 | DSK | Lab Result ID: | 120886 | Status: Pending | |
| | | Laboratory: | IVS - Idexx VetConnect | | |
| | | Profile: | | | |
| | | *Test* | *Results* | *Range* | |

# Exhibit # 12



Kindness and Care for Animals®

**Angell Animal Medical Center**
350 South Huntington Ave
Boston, MA
www.angell.org
Phone:(617) 522-7282
Fax:(617) 522-4885

# Invoice

216784
**Rocheville, Kevin R.**
31 Jonathan Road
Pelham NH 03076
United States

Number: 907443
Date: Sep 09, 2016
Printed: Sep 9, 2016

**Patient:** Onyx

| Doctor | Performed | Description | Quantity | Amount |
|---|---|---|---|---|
| **Patient:** Onyx **Invoice Number:** 907443 | | | | |
| Starr, James | Sep 4 2016 10:38PM | Exam Emergency | 1 | $145.00 |
| Starr, James | Sep 4 2016 11:07PM | POC SNAP Parvovirus (fecal) | 1 | $50.57 |
| Starr, James | Sep 4 2016 11:07PM | Medical Waste Fee | 1 | $5.00 |
| Starr, James | Sep 5 2016 12:13AM | POC NOVA Critical care panel | 1 | $94.27 |
| Starr, James | Sep 5 2016 12:13AM | Medical Waste Fee | 1 | $5.00 |
| Starr, James | Sep 5 2016 12:17AM | CCU Level 2 Hospitalization 0-12 Hours | 1 | $83.04 |
| Starr, James | Sep 5 2016 1:54AM | CBC | 1 | $64.05 |
| Starr, James | Sep 5 2016 1:54AM | Chemistry Panel | 1 | $83.25 |
| Mariotti, Evan | Sep 5 2016 5:46AM | Canine Distemper Virus (CDV) RealPCR | 1 | $61.42 |
| Mariotti, Evan | Sep 5 2016 12:15PM | CCU Level 2 Hospitalization 0-12 Hours | 1 | $83.04 |
| Mariotti, Evan | Sep 5 2016 2:32PM | Tube or Pin placement check | 1 | $76.36 |
| Mariotti, Evan | Sep 5 2016 6:38PM | Tube Placement Recheck | 1 | $47.45 |
| Mariotti, Evan | Sep 6 2016 12:15AM | CCU Level 2 Hospitalization 0-12 Hours | 1 | $83.04 |
| Mariotti, Evan | Sep 6 2016 9:06AM | IV Catheter Maintenance | 1 | $53.83 |
| Mariotti, Evan | Sep 6 2016 9:06AM | Medical Waste Fee | 1 | $5.00 |
| Mariotti, Evan | Sep 6 2016 9:06AM | POC HCT/TS | 1 | $19.15 |
| Mariotti, Evan | Sep 6 2016 9:06AM | Nasoesophageal Tube Canine | 1 | $64.58 |
| Mariotti, Evan | Sep 6 2016 9:06AM | IV Fluids 20 - 60lb per day | 1 Unit | $120.00 |
| Mariotti, Evan | Sep 6 2016 9:06AM | CRI | 1 | $25.58 |
| Mariotti, Evan | Sep 6 2016 9:06AM | Injectable Medication Inpatient | 12 | $180.00 |
| Mariotti, Evan | Sep 6 2016 9:06AM | Buprenex0.3mg/ml inpatient care | 1 ml | $18.82 |
| Mariotti, Evan | Sep 6 2016 9:06AM | Buprenex0.3mg/ml inpatient care | 1 ml | $18.82 |
| Mariotti, Evan | Sep 6 2016 9:06AM | Buprenex0.3mg/ml inpatient care | 1 ml | $18.82 |
| Mariotti, Evan | Sep 6 2016 9:06AM | Buprenex0.3mg/ml inpatient care | 1 ml | $18.82 |
| Mariotti, Evan | Sep 6 2016 9:06AM | Torbugesic 10mg/ml inpatient care | 1 ml | $11.95 |
| Mariotti, Evan | Sep 6 2016 9:06AM | Cerenia 10mg/ml injection | 1.3000 mls | $16.78 |
| Mariotti, Evan | Sep 6 2016 9:06AM | Clinicare can/fel 8oz | 1 Can | $4.85 |
| Mariotti, Evan | Sep 6 2016 11:09AM | CBC | 1 | $64.05 |
| Mariotti, Evan | Sep 6 2016 12:15PM | CCU Level 2 Hospitalization 0-12 Hours | 1 | $83.04 |
| Mariotti, Evan | Sep 6 2016 2:35PM | Tube or Pin placement check | 1 | $76.36 |
| Mariotti, Evan | Sep 7 2016 12:15AM | CCU Level 2 Hospitalization 0-12 Hours | 1 | $83.04 |
| Mariotti, Evan | Sep 7 2016 12:59AM | Tube Placement Recheck | 1 | $47.45 |
| Mariotti, Evan | Sep 7 2016 10:03AM | POC NOVA Electrolytes panel | 1 | $41.14 |
| Mariotti, Evan | Sep 7 2016 10:03AM | Medical Waste Fee | 1 | $5.00 |
| Mariotti, Evan | Sep 7 2016 11:25AM | IV Catheter Maintenance | 1 | $53.83 |
| Mariotti, Evan | Sep 7 2016 11:25AM | POC HCT/TS | 1 | $19.15 |
| Mariotti, Evan | Sep 7 2016 11:25AM | Nasoesophageal Tube Canine | 1 | $64.58 |

| | | | | |
|---|---|---|---|---|
| Mariotti, Evan | Sep 7 2016 11:25AM | IV Fluids 20 - 60lb per day | 1 Unit | $120.00 |
| Mariotti, Evan | Sep 7 2016 11:25AM | Injectable Medication Inpatient | 8 | $120.00 |
| Mariotti, Evan | Sep 7 2016 11:25AM | Buprenex0.3mg/ml inpatient care | 1 ml | $18.82 |
| Mariotti, Evan | Sep 7 2016 11:25AM | Buprenex0.3mg/ml inpatient care | 1 ml | $18.82 |
| Mariotti, Evan | Sep 7 2016 11:25AM | Buprenex0.3mg/ml inpatient care | 1 ml | $18.82 |
| Mariotti, Evan | Sep 7 2016 11:25AM | Torbugesic 10mg/ml inpatient care | 1 ml | $11.95 |
| Mariotti, Evan | Sep 7 2016 11:25AM | Cerenia 10mg/ml injection | 1.3000 mls | $16.78 |
| Mariotti, Evan | Sep 7 2016 11:25AM | Clinicare can/fel 8oz | 1 Can | $4.85 |
| Mariotti, Evan | Sep 7 2016 12:15PM | CCU Level 2 Hospitalization 0-12 Hours | 1 | $83.04 |
| Mariotti, Evan | Sep 7 2016 5:38PM | Fecal Ova, Antigen & Giardia | 1 | $39.00 |
| Mariotti, Evan | Sep 8 2016 12:15AM | CCU Level 2 Hospitalization 0-12 Hours | 1 | $83.04 |
| Mariotti, Evan | Sep 8 2016 7:44AM | IV Catheter Inpatient | 1 | $91.80 |
| Mariotti, Evan | Sep 8 2016 7:44AM | Medical Waste Fee | 1 | $5.00 |
| Mariotti, Evan | Sep 8 2016 7:44AM | POC HCT/TS | 1 | $19.15 |
| Mariotti, Evan | Sep 8 2016 7:44AM | POC Glucose | 1 | $16.75 |
| Mariotti, Evan | Sep 8 2016 7:44AM | IV Fluids 20 - 60lb per day | 1 Unit | $120.00 |
| Mariotti, Evan | Sep 8 2016 7:44AM | Oral Medication Inpatient | 1 | $7.00 |
| Mariotti, Evan | Sep 8 2016 7:44AM | Injectable Medication Inpatient | 9 | $135.00 |
| Mariotti, Evan | Sep 8 2016 7:44AM | Buprenex0.3mg/ml inpatient care | 1 ml | $18.82 |
| Mariotti, Evan | Sep 8 2016 7:44AM | Buprenex0.3mg/ml inpatient care | 1 ml | $18.82 |
| Mariotti, Evan | Sep 8 2016 7:44AM | Methadone 10mg/ml | 0.2500 mls | $12.49 |
| Mariotti, Evan | Sep 8 2016 7:44AM | Methadone 10mg/ml | 0.2500 mls | $12.49 |
| Mariotti, Evan | Sep 8 2016 8:08AM | CBC | 1 | $64.05 |
| Mariotti, Evan | Sep 8 2016 12:15PM | CCU Level 2 Hospitalization 0-12 Hours | 1 | $83.04 |
| Mariotti, Evan | Sep 9 2016 12:15AM | CCU Level 2 Hospitalization 0-12 Hours | 1 | $83.04 |
| Mariotti, Evan | Sep 9 2016 8:02AM | CBC | 1 | $64.05 |
| Mariotti, Evan | Sep 9 2016 8:02AM | Medical Waste Fee | 1 | $5.00 |
| Mariotti, Evan | Sep 9 2016 12:15PM | CCU Level 2 Hospitalization 0-12 Hours | 1 | $83.04 |
| Mariotti, Evan | Sep 9 2016 1:03PM | POC HCT/TS | 1 | $19.15 |
| Mariotti, Evan | Sep 9 2016 1:03PM | Oral Medication Inpatient | 4 | $28.00 |
| Mariotti, Evan | Sep 9 2016 1:03PM | Cerenia 10mg/ml injection | 1.6000 mls | $19.32 |
| Mariotti, Evan | Sep 9 2016 8:03AM | Rx: Cerenia 16mg (pack of 4) | 1 Box | $16.95 |
| Mariotti, Evan | Sep 9 2016 10:18AM | Rx: Panacur granules/10lb | 15 Doses | $23.10 |
| Mariotti, Evan | Sep 9 2016 10:18AM | Rx: Metronidazole 250mg | 14 Tablets | $10.92 |
| Mariotti, Evan | Sep 9 2016 10:19AM | Rx: Clavamox 250mg | 28 Tablets | $49.84 |
| Mariotti, Evan | Sep 9 2016 10:19AM | Rx: Omeprazole (Prilosec) 10mg | 14 Capsules | $10.78 |
| Mariotti, Evan | Sep 9 2016 10:19AM | Rx: Metoclopramide 5mg | 10 Tablets | $10.50 |

| Payment | Amount | Date |
|---|---|---|
| Visa (VPOS) | $145.00 | 04-Sep-2016 |
| Cash | $3000.00 | 05-Sep-2016 |
| Cash | $421.98 | 09-Sep-2016 |

| | |
|---|---|
| **SubTotal:** | **$3559.35** |
| **MA State Tax:** | **$7.63** |
| **Visit Total:** | **$3566.98** |
| **Previous Balance:** | **$(3145.00)** |
| **New Payments:** | **$421.98** |
| **Ending Balance:** | **$0.00** |

This invoice includes all charges that have been posted to your account at this time. In the event there are additional charges posted for your pet's care/treatment, we will contact you to arrange payment.

**Rockingham Emergency Veterinary Hospital**
**3 Cobbetts Pond Road**
**Windham, NH 03087**
**(603) 870-9770**

**Rockingham Emergency Veterinary Hospital**

# ESTIMATE

Distemper?

| ESTIMATE # | DATE |
|---|---|
| 19428 | 9/4/2016 |

| FOR |
|---|
| Michele & Kevin Rocheville Stone<br>31 Jonathan Road<br>Pelham, NH 03076 |

| PATIENT | DESCRIPTION OF CHARGES | QUANTITY RANGE | | AMOUNT RANGE | |
|---|---|---|---|---|---|
| Onyx | Emergency Exam | 1 | 1 ea | 108.00 | 108.00 |
| Onyx | I.V. catheter placement | 1 | 1 | 74.43 | 74.43 |
| Onyx | Hospitalization half day | 1 | 1 ea | 123.50 | 123.50 |
| Onyx | I.V. fluid pump and setup per half day | 1 | 1 | 20.90 | 20.90 |
| Onyx | Intravenous fluids-Lactated Ringers | 2 | 2 ea | 91.20 | 91.20 |
| | Ampicillin Sulbactam injection 1.5g per bottle | | | 130.51 | 130.51 |
| Onyx | Parvo Test | 1 | 1 ea | 75.71 | 75.71 |
| Onyx | Metronidazole Injection 5mg/ml | 110 | 110 ml | 78.80 | 78.80 |
| Onyx | Ondansetron Injection 2mg/ml | 2 | 2 ml | 36.31 | 36.31 |
| | Sales tax | | | 0.00 | 0.00 |

| | |
|---|---|
| **LOW TOTAL** | **$739.36** |
| **HI TOTAL** | **$739.36** |

_____ This document is an estimate of the medical care plan that will be carried out for and on my pet. My signature below signifies that I (initial here) understand and accept responsibility for the payment of these estimated fees as they are performed by this facility. I understand that a deposit of **100%** of this amount **will be required at the time my pet is admitted as a patient** or before such services are initiated. I understand that this is only an **estimate** of charges based on the doctor's treatment plan, and actual charges may be higher or lower than this amount. I understand that this facility will not exceed this amount by more than 15% without informing me. I accept that no guarantee of successful treatment has been made.

_____ I acknowledge that changes in my pet's condition or discovery of other findings during treatment may necessitate a change in or an (intial here) extension of the original estimate and if this occurs, a staff member will attempt to contact me to update this figure. In the event I cannot be reached, Rockingham Emergency Veterinary Hospital has my permission to proceed with medical care for a) a life-threatening condition or b) additional services that will preserve or enhance my pet's health or c) minimize the need for and risks of additional and costly services at a later date. I agree to pay the balance of the above estimated fees at the time of my pet's discharge.

_____ I agree that any amount unpaid after 30 days will be subject to interest at the rate of 18% per year (1.5% per month) until such (initial here) unpaid amount is paid in full. Additionally, I will be responsible for the reasonable cost of collection of any such unpaid amounts, including collection and attorney's fees.

**Client Signature:** ________________________________

Rockingham Emergency Veterinary Hospital
Thank you for the opportunity to serve you today.


Onyx

**Rockingham Emergency Veterinary Hospital**
**3 Cobbetts Pond Road**
**Windham, NH 03087**
**(603) 870-9770**

**Rockingham Emergency Veterinary Hospital**

# INVOICE

next samaritan@gmail.com

| DUE | INVOICE # | DATE | TERMS |
| --- | --- | --- | --- |
| 9/4/2016 | 30579 | 9/4/2016 | Due upon receipt |

| FOR |
| --- |
| Michele & Kevin Rocheville Stone<br>31 Jonathan Road<br>Pelham, NH 03076 |

| PATIENT | DESCRIPTION OF CHARGES | PERFORMED | QUANTITY | AMOUNT |
| --- | --- | --- | --- | --- |
| Onyx | Emergency Exam | 9/4/2016 | 1 ea | 108.00 |
| | Isolation Hospitalization half day 9/4 3a | 9/4/2016 | 1 ea | 201.92 |
| | I.V. catheter placement | 9/4/2016 | 1 | 74.43 |
| | Intravenous fluids-Lactated Ringers - 9/4 3a Bag #1 | 9/4/2016 | 1 ea | 45.60 |
| | I.V. fluid pump and setup per half day 9/4 3a | 9/4/2016 | 1 | 20.90 |
| | Ampicillin Sulbactam injection 1.5g per bottle | | | 66.01 |
| Onyx | Ondansetron Injection 2mg/ml - 9/4 3a | 9/4/2016 | 1.3 ml | 34.89 |
| | Cerenia Injection 10mg/ml | 9/4/2016 | 1.3 ml | 58.12 |
| | Unasyn Injection fee - 12pm dose | 9/4/2016 | 1 | 32.25 |
| | Isolation Hospitalization half day 9/4 3p | 9/4/2016 | 1 ea | 201.92 |
| | I.V. fluid pump and setup per half day 9/4-3PM | 9/4/2016 | 1 | 20.90 |
| | Ondansetron Injection 2mg/ml - 4pm dose | 9/4/2016 | 1.3 ml | 34.89 |
| | Intravenous fluids-Lactated Ringers - Bag #2 | 9/4/2016 | 1 ea | 45.60 |
| | Sales tax | | | 0.00 |

PATIENT SUBTOTALS
Onyx $945.43

INVOICE TOTAL $945.43
CARD NUM: X--9999 APRV:
APPLIED TO INVOICE
CREDIT APPLIED TO ACCOUNT
CHANGE DUE

**RUNNING BALANCE** **$205.43**

| Payments and Credits for #30579 | | | |
| --- | --- | --- | --- |
| PMT | 09/04/2016 | Visa | -740.00 |

NOTES

Please take a moment to provide feedback on your visit! Go to our website (www.revh-nh.com) and click on the "surveys" link. Your input is greatly appreciated!

REMINDERS

APPOINTMENTS

Rockingham Emergency Veterinary Hospital

Thank you for the opportunity to serve you today.

Case 1:19-cv-01169-AJ Document 41-8 Filed 09/22/21 Page 17 of 19

Printed on 10/27/2016

Pelham Police Department

Arrest Number: 16-219-AR

Kevin Richard Rocheville Arrested on: 10/27/2016 Time: 0205

Page Number 1 of 1

## Property

| Searched By | Searched Date | Time |
|---|---|---|
| SERGEANT BRIAN E BARBATO | 10/27/2016 | 0210 |
| **Released To** | **Released Date** | **Time** |
| SERGEANT BRIAN E BARBATO | 10/27/2016 | 0210 |
| **Returned By** | **Returned Date** | **Time** |
| --- | --- | --- |

**$613** **WALLET W/ ASSORTED CARDS**

**IPHONE** **VW KEY**

SIGN: [signature] DATE: 10/27/16 TIME: 0221 hrs
The above list is my property

SIGN: [signature] DATE: 10/27/16 TIME: 0235 hrs
I have received the above property

Primex-Rocheville- 000104

# PROPERTY RECEIPT

**Case Number:** 16-954-OF

**I,** Elizabeth Fox on behalf of Road To Home Rescue, Inc. **(Print Name)**

**have (surrendered or relinquished) to:**
**(pick either word)**

Officer Allison Caprigno **of the Pelham Police Department**

$760.00 in Cash for Lilly (vet bills, boarding, ot)

$0.44 given back in change

**On** Dec. 15, 2016 **at** 12:47
**(Date)** **(Time)**

**Signed:** [signature]
**(Person Relinquishing items)**

**Signed:** [signature]
**(Police Department Employee**

# PROPERTY RECEIPT

**Case Number:** 16-1232-OF

**I,** Kevin Rocheville **(Print Name)**

**have (surrendered or relinquished) to:** $2990.60
**(pick either word)**

Officer Allison Caprigno / Sgt. Matthew Keenliside **of the Pelham Police Department**

Ally + 8 puppies (vet fees, boarding, health cert)

**On** Dec. 14, 2016 **at** 1808
**(Date)** **(Time)**

**Signed:** [signature]
**(Person Relinquishing items)**

**Signed:** Allison Caprigno [signature]
**(Police Department Employee**