# Exhibit # 13

••ooo VZW Wi-Fi 🛜     6:58 PM

 Home    Julieann McElaney > 
Messenger

speculation?

 This is my opinion of the invoice that it's fraudulent.

Aa 

 It's the things that I see when I look at it.

What meds are not used Parvo?

Angell Memorial is also over an hour from where he lives. There is an excellent 24 Hour Vet hospital five minutes from his house why would he go all

Case 1:19-cv-01169-AJ Document 41-9 Filed 09/22/21 Page 3 of 16

••ooo VZW Wi-Fi  6:58 PM

< Home   Julieann McElaney >
         Messenger

> person. What makes it fraudulent?



For one thing take a look at the dates. Sep 09 then Sep 9. Different fonts within the total block. Drugs that are being prescribed completely unrelated to parvo. Drugs that are being prescribed when the dogs are being released for anesthesia.



I could probably give you a whole list of issues with this invoice. If Kevin sent you an invoice it's probably fraudulent as well just my guess

••ooo VZW Wi-Fi   6:58 PM

&lt; Home        Julieann McElaney &gt;
              Messenger

Where did u get your hands the invoice?



It doesn't matter

It matters because I am tryi to get one

Well you gave me a hard time when you when I mentioned the word Parvo like I was making it up

This invoice is fraudulent. Take a very close look at it. I can point out numerous issues with this invoice



# Exhibit # 14

*Onyx* (handwritten)



**ANGELL ANIMAL MEDICAL CENTER**
350 S. Huntington Ave, Boston
617-522-7282
www.angell.org

**angell**
Kindness and Care for Animals®

**MSPCA-ANGELL WEST**
293 Second Ave, Waltham
781-902-8400
www.angell.org/waltham

Rocheville, Kevin R.
31 Jonathan Road
Pelham, NH
03076

Pet: Onyx
DOB: March 1, 2016
Breed:
Sex:
Color:

## Discharge Instructions

**Discharge Instructions**
**Please check all that are appropriate:**

Diagnosis/Rule-outs: Parvovirus
Onyx presented for decreased appetite, lethargy, and vomiting for 3 days duration with diarrhea. On physical exam, Onyx was very lethargic and dehydrated. Her vitals were normal, but she was painful on abdominal palpation. A parvovirus snap test was performed, and the results were positive. Onyx was admitted and started on intravenous fluids, antiemetics, antibiotics, and pain medications for  day duration.

Parvovirus is a virus that attacks rapidly growing cells - this means that the gastrointestinal tract and bone marrow are primarily affected. Results of the GI tract are seen as bloody diarrhea and vomiting. The danger with compromised GI tract is that the bacteria that is within the intestines is able to get out into the blood stream causing systemic infection. The effect on the bone marrow is that the white blood cells which are needed to fight infection are also damaged. Patients that die of parvovirus die from dehydration and systemic infection. That is why hospitalization with aggressive fluid therapy and broad-spectrum antibiotics is necessary. Hospital stay is usually about 4-7 days.

During her hospital stay, Onyx has shown significant improvements. Her abdominal pain has resolved. Her mucusy stools have improved to dark black and are less frequent. Her appetite has improved dramatically. A CBC (complete blood count) performed today showed that her White blood cells are normalizing

Instructions:
Onyx seems to be improving at this time. As we discussed, parvovirus is a very serious condition, and Onyx will likely continue to do poorly without supportive care at home. Please see below for instructions on the medications. It is very important that she receive them. Additionally, if Onyx continues to not eat, has increased vomiting, increased lethargy, or if her diarrhea becomes bloody again, she will need to be brought in for further supportive care. Please call if you see any of these signs.

It is very important that you clean Onyx's environment at home. This can be done by using a dilute bleach cleaner (1part bleach: 9 parts water) on any floors and surfaces with which she came into contact. Parvovirus continues to be shed in feces for several days post-infection. You must not walk Onyx in places where other dogs are for the next 7-10 days. And, you must pick up her stool to make sure that she does not infect another dog.

In terms of vaccination, following recovery, immunity lasts at least 2 years. Onyx should be revaccinated in 2 years. Please call 617-522-6005 should you have any questions or concerns regarding Onyx. She is a very sweet girl and we are very happy to see her improving. Please do not hesitate with any questions or concerns.

# Exhibit # 15

**(Please see USB Flash Drive hand delivered to the Court)**

# Exhibit # 16

Mr. Kevin Rocheville
31 Jonathan Road
Pelham, New Hampshire 03076

**Reference: Complaint Regarding the Pelham Police Department**

Mr. Rocheville,

The Selectmen are in receipt of your correspondence and ask that you please accept this letter as a response to your written complaint regarding the Pelham Police Department. Your complaint was referred over to Chief Roark and he advised of the following particulars.

The police records show that you have been stopped only one time in the last 12 months by the Pelham Police Department (since the time the complaint was filed). Officer Montano stopped you on February 14, 2014 at 7:08 PM for failing to use your turn signal. The stop was audio and video recorded that actually showed you not using your turn signal when you made a left turn from Sherburne Road to Mammoth Road. The stop was professional and uneventful. Additionally, when you were stopped by Officer Montano and told of the violation, you did not dispute the violation.

With respect to your feelings of being harassed and or followed by the Pelham Police Department, without specific dates and times when these instances occurred, it is difficult to truly determine the intent of the behavior, if any, you are alleging.

With respect to officers meeting your ex-girlfriend while on duty, on the day in question, an officer did in fact meet with your ex-girlfriend. This meeting, which was initiated by your ex-girlfriend, was by chance and for a minimal time period. Additionally, the officer and your ex-girlfriend have been friends for over twenty years and the friendship is plutonic. The police department encourages their officers to meet with citizens when they are approached while on duty to promote approachability and their community policing policy.

Based upon the foregoing, while the Board is aware of your concerns, it cannot determine that any inappropriate conduct has been taken in this regard. Therefore, we advise that no further action is deemed necessary.

If you have any additional questions regarding this matter, please feel free to contact me at my office.


Edmund Gleason, Chairman
Town of Pelham, New Hampshire
6 Village Green
Pelham, New Hampshire, 03076
603-508-3074

# Exhibit # 17

**Pelham Police Department**     Page: 1
SUPPLEMENTAL NARRATIVE FOR PATROLMAN BISMARK MONTANO
Ref: **14-653-OF**

06/24/2014

I received a voice message from Cheryl providing me with phone numbers to call her back on.
603-635-4662 work
603-860-2604 cell phone

**Pelham Police Department**  Page: 1
SUPPLEMENTAL NARRATIVE FOR PATROLMAN BISMARK MONTANO
Ref: **14-653-OF**

06/25/2014

I called Cheryl and asked her to explain to me what happened that night. Cheryl stated she was with her 7 year child and the child had told her Kevin was moving so Cheryl said she wanted to see if there was a FOR SALE sign outside the house. Cheryl added that when she was driving by Kevin's house she saw Kevin and his girlfriend coming out of the driveway so she continued driving up the street then she made a turn onto Gala CT and stopped by Longview Circle.

According to Cheryl, she said Kevin went down the other way once he exited his driveway but then he turned around and came up the same path Cheryl took and he parked his vehicle in front of Cheryl's car blocking the roadway.

Cheryl said she picked up her phone and pretended to be calling someone so Kevin would move which he did then she left the area. I asked Cheryl why she did not call the Police and she said "I was not in fear for my life".

I advised Cheryl to stay away from Kevin's property and confirmed with her that she was aware that there is a No Trespass order against her for that property. Cheryl said she is aware and she knows what the violation of the order means.

Nothing further needed at this time.

# Exhibit # 18

**Michael F. McCall**

| | |
|---|---|
| From: | Whispers of our Forgotten Animal Rescue <karenadevore@gmail.com> |
| Sent: | Wednesday, December 07, 2016 9:17 AM |
| To: | Michael F. McCall; Mary Anne Veres; Allison Caprigno |
| Subject: | Recap of Conversation 12/6/2016 |

Mr McCall,

We have been forthcoming from the start with you and the Pelham Police Department. I have told you repeatedly I do not sugar coat and I am very blunt.

I seem to have hit a nerve yesterday when I told you that I feel that the ACO (Allison Caprigno) is dragging her feet in an attempt to pad the bill for Ally and her 8 puppies.

You were adamant that you had released the dogs from custody and I reiterated that your counterpart, ACO Caprigno has NOT released the dogs.

I told you the last time we talked (before yesterday) that I was "playing nice" with Kevin Rocheville because I wanted to get him to pay for the dogs bill. You told me that I could sign something to add that amount to the restitution with regard to the current case against him. I asked to sign whatever I needed to and you told me it was "too early" for that.

Yesterday, you asked about a comment I had posted on Facebook. Just out of curiosity, who was it that sent that post to you to see and why is my personal facebook page of any interest to this case? I told you that Kevin had told me, you informed me that information was incorrect and then were very upset that I was in contact with Kevin, feigning this was your first notice of such. If you will recall, I asked you how I might obtain a transcript of the hearing. You told me it was a closed hearing and that I could not get anything on it.

Another question - what about the 9 dogs that were taken from Kevin's house by Looking Glass Animal Rescue just prior to this whole case exploding? What condition were those dogs in? I understand Looking Glass has been a big part of this case and why were those dogs not used as evidence? Surely they must have been in horrible condition, the same as the 18 that were seized just days after by the Pelham Police Department. Why has there been nothing said about a rescue repeatedly inundating Kevin, their foster, with all these dogs at one time? This is not a one time thing either as I know they have 6 NYC ACC dogs with another foster! Anytime you load that many dogs on 1 person, you are going to have problems. I say treat the problem, not the symptoms, as the saying goes.

Mr. McCall, I was indirectly involved in an animal cruelty case out of New York - none of the dogs were ours but we did know of the woman, a proclaimed trainer, that was charged. The amount of evidence was overwhelming in her case. She went to court and the charges were lowered to disorderly conduct and she could not have new dogs for a period of 1 year but she was allowed to keep her current dogs and she had to pay a very small fine. What happens if something similar happens in the case against Kevin Rocheville? If he is not convicted of animal cruelty, how is he made to pay restitution? Why would you fault me for trying to get Kevin to pay, up front, when I have no idea what you will do or the outcome of this case in the future?

In our conversation yesterday, you also implied there were improprieties on my part in regard to paperwork, specifically the Foster Agreement between Kevin Rocheville and Whispers of our Forgotten Animal Rescue. You cited paperwork seized from Kevin's home and that the Foster Agreement was not among that paperwork. You said I didn't even want to talk about that. I DO want to talk about that because I am really tired of being blamed for wrongdoings where there are none. Correct me if I am wrong, but because you didn't seize a copy of the paperwork from his home, that means it's not real? You must be kidding me!

1

ACO Caprigno told me Looking Glass said they never did a home visit and that I personally drove from North Carolina to New Hampshire and performed one myself. Really? That had to have been one of the dumbest things I have heard and said as much to ACO Caprigno. Looking Glass said they used my home check and didn't perform their own but I have another Facebook post perhaps you should see, saying just the opposite!


Like · Reply · October 7 at 3:46pm


**Jody Harris-Stern** He is NOT a good foster. He is a hoarder. He keeps the dogs in the basement or, when people are coming for a home check like we did, he sends them over to his mothers or to Sara's house. I am being told by a very reliable source that he has dogs that have not seen the light of day in over a year. STAY AWAY. The fact that he is trying to get dogs today is unreal since the police have been there both last night and today looking for dogs.
Like · Reply · October 7 at 3:48pm · Edited

or maybe this one because this is the 2nd post, on the same thread, saying they performed their own home check!!


**Loren McAuley** A home visit was done? The description of the home in the article is pretty bad ... how did he hide that?
Like · Reply · 1 · October 18 at 10:54pm

**Jody Harris-Stern** Yes Loren. When we were there it was spring. He had one dog on property, a dog named Kobe.
According to his girlfriend who is the cooperating witness he would move dogs to his mothers house when these were being conducted. Although she says at that time he had just a couple others from another rescue. Moreover the real issues of hoarding seemed to have started toward the end of the summer from what we can piece together. Up until that pointc according to her testimony, there were never more than a handful of dogs in property. But she was the one also Caring for the dogs apparently. Then he started directly adopting from shelters, pulling dogs from Tx and taking from Craig's List supposedly.
Like · Reply · October 19 at 8:22am


**Jody Harris-Stern** As far as I can tell the mamma and puppies belong to a rescue trying to get nh (pups came from NC), and I am being told three others came from ny acc through another nh rescue a long time ago but that they are working with the police. All the others are from somewhere else or Texas is what I am hearing.
Like · Reply · October 19 at 8:26am


**Rachel Bennett** How many dogs of yours did/does he have and are they all accounted for now?
Like · Reply · 1 · October 19 at 8:52am


**Jody Harris-Stern** Rachel Bennett he had three and we got ours back a few weeks ago. All this other stuff came out bc we got the police involved to get ours back after he went berserk on the vet andvtgat was when the truth m ( girlfriend) broke down.
Like · Reply · 2 · October 19 at 8:54am · Edited

Michael, I have repeatedly asked for a breakdown on the fees you are requiring me to pay to get our dogs back. This is not an unreasonable request. I understand Momma and puppies were together for approximately 40 days at $15/day. That was for 1 kennel space. Now, however, Momma Ally has been afforded 2 kennel spaces and her babies also 2 kennel spaces. I find this to be more than suspicious and is just one of the reasons I believe the bill is being "padded" to make it impossible for our small rescue to afford to get our dogs back that we had asked to be removed PRIOR to them being seized at all. ACO Caprigno was able to help Looking Glass get their animals out but not ours? Looking from the outside in, there seems to be a lot of back scratching going

2

on between Caprigno and Harris-Stern, and a lot of information about the case being posted as well, on a private group just for rescues. Like I said, I am tired of being accused of wrongdoing where there is none.

It is December 7, 2016, and our dogs have still NOT been given the okay to be released by ACO Caprigno, feigning we do not have proper licensing, which you also made mention of in our conversation yesterday. I did email you the information on the Dept of Agriculture local person for my area who I did speak with on December 5, 2016, and who also confirmed that I am in compliance with the North Carolina Department of Agriculture. All of this should have been completed by the Pelham Police Department previously and not being used to tack on additional daily fees that are crazy in the first place! $30 a day should be the maximum fee charged when the entire family was in 1 for approximately 40 days, now Momma Ally needs 2 for herself and the pups need another 2 for them?????

Again, I am still waiting on a breakdown on the boarding bill and cost for the health certificate that will be needed for Ally and her pups to travel from NH to NC that ACO Caprigno was to obtain because she wanted to make sure all was done in compliance to NH rules...and we are half-way through yet another week and that means another week of fees because the powers to be that are in charge of this case are dragging their feet.

*Karen DeVore, Co-Founder/President*
*Whispers Of Our Forgotten Animal Rescue, Inc.*
karenadevore@gmail.com
(252) 207-6580