UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| Kevin Rocheville, ) | |
| ) | |
| v. ) | |
| ) | |
| Thomas Goulden, Matthew Keenliside, ) | Civil Action No. 19-CV-01169-PB |
| Brian McCarthy, Joseph O'Roark, ) | |
| Michael McCall, Allison Caprigno, ) | |
| Jody Harris-Stern, John Does, ) | |
| Jane Does and Town of Pelham, NH ) | |
| ) | |

## PLAINTIFF'S ASSENTED TO MOTION TO CONTINUE

NOW COMES, the Plaintiff, Kevin Rocheville, in the above entitled mater and requests a continuance of the hearing scheduled for December 17, 2021 and assigns the following grounds:

1. Plaintiff's Counsel was notified on December 2, 2021 that the Nashua Family Court had scheduled a resumption of a merits hearing in the case of Campbell and Partello for December 13, 2021 and December 15, 2021. Undersigned Counsel immediately advised the Court of a conflict regarding another matter scheduled with the NH Family Court - Complex Case Docket on December 15, 2021, which is time-sensitive as it involves the reunification of a Father with his Son.

2. The Court provided an alternate date of December 17th in order to complete the remaining two days of the merits hearing for the Campbell and Partello matter.

3. Two of the four Counselors have a conflict on December 15th. Leaving December 13th and December 17th as the only two remaining, available dates for the merits hearing.

1

4. Judge John Curran, who is presiding over the Campbell and Partello matter is scheduled to be transferred to Manchester and has no other available dates in which to complete the remaining two dates needed for the merits hearing in Nashua.

5. If the above matter is continued, then the merits hearing for the Campbell and Partello matter can be concluded during the time that Judge Curran is still presiding over cases in the Nashua Family Court.

6. Opposing Counsel, Attorney Brian Cullen, has no objection to the continuance.

7. Attorney Cullen and undersigned counsel are available on January 4, 2022 in the event the Court grants this continuance.

WHEREFORE, the Plaintiff respectfully requests that the Court continue the above matter and reschedule it to January 4, 2022.

Dated: December 3, 2021                     Respectfully Submitted by,

                                            _____
                                            William Aivalikles, Esq., NH Bar #308
                                            253 Main Street
                                            Nashua NH 03060
                                            (603)880-0303
                                            william@nhtriallaw.com

## CERTIFICATE OF SERVICE

    I certify that a copy of this filing was served via the Court's ECF filing system upon counsel of record.

Dated: December 3, 2021

                                                                         William Aivalikles, Esq.