**UNITED STATES DISTRICT COURT**
DISTRICT OF NEW HAMPSHIRE
55 PLEASANT STREET, ROOM 110
CONCORD, NEW HAMPSHIRE 03301-3941

**OFFICE OF THE CLERK**
Daniel J. Lynch, Clerk of Court
Tracy A. Uhrin, Chief Deputy Clerk

Telephone: 603-225-1423
Web: www.nhd.uscourts.gov

March 31, 2022

Re: 19-cv-1169-AJ, Kevin Rocheville v. Thomas Goulden, et al

To: Clerk, Hillsborough Superior Court
Formerly your case #(s): 226-2019-CV-00693

By Court order, the above case was remanded to your court. We enclose a certified copy of the order and docket entries.

Counsel/pro se parties are herewith notified by copy of this letter that no pleadings (or copies of pleadings) filed in our court are being sent to the Superior Court. If there are outstanding issues which counsel/pro se parties wish the Superior Court to consider, copies of such pleadings shall be refiled with the Superior Court Clerk.

Orders of remand are not reviewable on appeal or otherwise, except as provided in 28 U.S.C. § 1447(d) and 28 U.S.C. § 1453(c), and certification decisions regarding whether a federal employee named in a tort action was acting within the scope of employment pursuant to 28 U.S.C. § 2679. See Osborn v. Haley, 549 U.S. 225 (2007).

DANIEL J. LYNCH
CLERK

Enclosures