```
               UNITED STATES DISTRICT COURT
                 DISTRICT OF NEW HAMPSHIRE
```

Kevin Rocheville

    v.

Thomas Goulden, et al               Case No. 19-cv-1169-AJ

<u>JUDGMENT</u>

In accordance with the Order by Judge Paul Barbadoro dated January 10, 2020, and the Orders by Magistrate Judge Andrea K. Johnstone dated February 17, 2021, and March 21, 2022, judgment is hereby entered.

                                      By the Court:

                                      _____
                                      Daniel J. Lynch
                                      Clerk of Court

Date: March 31, 2022

cc: Counsel of Record